USP 11,452,669 - Pearl

## INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 11,452,669

Set forth below is an exemplary infringement claim chart for claims 1 and 5 of U.S. Patent No. 11,452,669 (the "'669 Patent"), owned by Hytto Pte. Ltd. ("Hytto"), against Honey Play Box's ("Infringer") Pearl vibrator ("Infringing Product"), based on evidence and information presently available to Hytto. It is noted that the chart is drafted without the benefit of discovery. Hytto reserves the right to modify or supplement the chart and/or infringement theory as appropriate.

| Claim 1 | Infringing Product |
|---|---|
| **[1.0]** A wearable massager comprising: | The Infringing Product is a wearable massager.<br><br>The Infringer maintains an Online Store (shown in Pic. 1), and offers to sell and/or sells a wide range of wearable massagers in the United States, including at least the Infringing Product available at https://www.honeyplaybox.com/products/pearl-app-controlled-panty-vibrator?variant=44232111030491 (last visited September 2, 2025). *See* Pics. 2 and 3 below.<br><br>As shown in Pic. 3, the Infringing Product has the following features:<br>• App-compatible technology;<br>• Ergonomically designed for wearable comfort;<br>• Whisper-quiet for discretion;<br>• Exceptionally powerful vibrating panties;<br>• Elegant shell design with a lustrous finish; and<br>• High-quality silicone and fully waterproof (IPX7).<br><br>Therefore, the Infringing Product is a massager wearable by a user.<br><br>Pic. 1 (Online Store) |



USP 11,452,669 - Pearl

| Claim 1 | Infringing Product |
|---|---|
| element disposed around an edge portion of the flat section to form a gap in the bottom portion configured to retain a portion of clothing material, | portion (C) comprising a flat section (D) with a protruding border element (E) disposed around an edge portion of the flat section to form a gap (Z) in the bottom portion (C) configured to retain a portion of clothing material (e.g., underpants). It is noted that the gap (Z) in the bottom portion (C) may retain the clothing by clamping a connector (R) over the gap (Z) to an interior connector (U).<br><br><br>Pic. 4<br><br><br>Pic. 5<br><br>As shown in Pic. 6 and Pic. 7 below, the Infringing Product is attachable to underpants by attracting a connector (R) comprising an exterior attachment member (K) to an interior connector (U) comprising an interior attachment member (G), and the underpants are retained between the connector (R) and the interior connector (U), and a portion of the underpants is retained in the gap (Z). It is noted that the connector (R) and the interior connector (U) are connected with each other due to attraction between the exterior attachment member (K) and the interior attachment member (G). |

USP 11,452,669 - Pearl

| Claim 1 | Infringing Product |
|---|---|
| |  Pic. 6 (Screenshot of a video at the product website) |
| **[1.2]** wherein the shell encases one or more vibrational components, an interior attachment member, and a printed circuit board, and | The shell of the Infringing Product encases one or more vibrational components, an interior attachment member, and a printed circuit board.<br><br>As shown in Pic. 7 below, the shell (B) encases one or more vibrational components (F), an interior attachment member (G), and a printed circuit board (H).<br><br>Pic. 7 |
| **[1.3]** wherein a button disposed on the bottom portion of the main body section selectively activates the wearable massager; and | A button of the Infringing Product disposed on the bottom portion of the main body section selectively activates the wearable massager.<br><br>As shown in Pics. 8 and 9 below, a button (J) is disposed on the bottom portion (C) of the main body section (A). |

5

USP 11,452,669 - Pearl

| Claim 1 | Infringing Product |
|---|---|
| |  Pic. 8<br><br>Pic. 9 (Screenshot of a video at the product website)<br><br>As shown in Pic. 10 below, which is a screenshot of the User Manual of the Infringing Product (available at https://cdn.shopify.com/s/files/1/2471/7882/files/Pearl_User_Manual_1aab3dd7-0fc6-40d8-97cd-a2d13794ac68.pdf?v=1728716173), the button (J) can be pressed "to switch between 9 vibrating modes." Thus, the button is operable to selectively activate the wearable massager.<br><br>• Instruction<br><br>Press and hold the ⏻ button for 1.5s to turn on/off the device, press again to switch between 9 vibrating modes.<br><br>Pic. 10 |

6

USP 11,452,669 - Pearl

| Claim 1 | Infringing Product |
|---|---|
| **[1.4]** an exterior attachment member corresponding to and able to connect with the interior attachment member to secure the wearable massager to the portion of clothing material. | The Infringing Product includes an exterior attachment member corresponding to and able to connect with the interior attachment member to secure the wearable massager to the portion of clothing material.<br><br>As shown in Pics. 6 and 7 above, the Infringing Product has an exterior attachment member (K) corresponding to and able to connect with the interior attachment member (G) via, e.g., magnetic force, to secure the wearable massager to the portion of clothing material. |

| Claim 5 | Infringing Product |
|---|---|
| **[5.0]** A wearable massager comprising: | The Infringing Product is a wearable massager.<br><br>The Infringer maintains an Online Store (shown in Pic. 1), and offers to sell and/or sells a wide range of wearable massagers in the United States, including at least the Infringing Product available at https://www.honeyplaybox.com/products/pearl-app-controlled-panty-vibrator?variant=44232111030491 (last visited September 2, 2025). *See* Pics. 2 and 3 below.<br><br>As shown in Pic. 3, the Infringing Product has the following features:<br>• App-compatible technology;<br>• Ergonomically designed for wearable comfort;<br>• Whisper-quiet for discretion;<br>• Exceptionally powerful vibrating panties;<br>• Elegant shell design with a lustrous finish; and<br>• High-quality silicone and fully waterproof (IPX7).<br><br>Therefore, the Infringing Product is a massager wearable by a user.<br><br>Pic. 1 (Online Store) |

| Claim 5 | Infringing Product |
|---|---|
| | Pic. 2 <br><br> Pic. 3 (Details of Infringing Product) |
| **[5.1]** a main body section comprising: a shell formed with a convex section opposing a bottom portion having a flat | The Infringing Product includes a main body section, which includes a shell formed with a convex section opposing a bottom portion having a flat section with an interior magnet member disposed therein and comprising one or more charging connector points and a protruding border element disposed around an edge portion of the flat section to form a gap in the bottom portion between a first end and a second end of the flat section edge portion. |

| Claim 5 | Infringing Product |
|---|---|
| section with an interior magnet member disposed therein and comprising one or more charging connector points and a protruding border element disposed around an edge portion of the flat section to form a gap in the bottom portion between a first end and a second end of the flat section edge portion, | As shown in Pics. 4-5 and 11-12 below, the Infringing Product has a main body section (A). The main body section (A) includes a shell (B) formed with a convex section (L) opposing a bottom portion (C) having a flat section (D) with an interior magnet member (G) disposed therein. The shell (B) includes one or more charging connector points (N) and a protruding border element (E) disposed around an edge portion of the flat section (D) to form a gap (Z) in the bottom portion (C) between a first end and a second end of the flat section edge portion (D), 

Pic. 4

Pic. 5 |

| Claim 5 | Infringing Product |
|---|---|
|  | > Pic. 11<br><br>Pic. 12 |
| **[5.2]** the gap configured to retain a portion of clothing material, | The gap of the Infringing Product is configured to retain a portion of clothing material.<br><br>As shown in Pic. 6 below, the Infringing Product is attachable to underpants by attracting a connector (R) comprising an exterior attachment member (K) to an interior connector (U) comprising an interior attachment member (G), and the underpants are retained between the connector (R) and the interior connector (U), and a portion of the underpants is retained in the gap (Z). |

| Claim 5 | Infringing Product |
|---|---|
|  | Pic. 6 (Screenshot of a video at the product website) |
| **[5.3]** wherein the shell encases a motor, a battery, one or more vibrational components, and a printed circuit board for transmitting vibrational data; and | The shell of the Infringing Product encases a motor, a battery, one or more vibrational components, and a printed circuit board for transmitting vibrational data.<br><br>As shown in Pic. 12 above, the shell (B) encases a motor (S), a battery (I), one or more vibrational components (F), and a printed circuit board (H) for transmitting vibrational data. |
| **[5.4]** a connector having a flat portion corresponding to at least a portion of the shell flat section and comprising an exterior magnet member configured to selectively attract the interior magnet member. | The Infringing Product includes a connector having a flat portion corresponding to at least a portion of the shell flat section and comprising an exterior magnet member configured to selectively attract the interior magnet member.<br><br>As shown in Pics. 5 and 12 above, the Infringing Product has a connector (R) having a flat portion (T) corresponding to at least a portion of the shell flat section (D) and comprising an exterior magnet member (K) configured to selectively attract the interior magnet member (G) via, e.g., magnetic force. |