USP 12,201,577 – Ryder

## INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 12,201,577

Set forth below is an exemplary infringement claim chart for claim 1 of U.S. Patent No. 12,201,577 (the "'577 Patent"), owned by Hytto Pte. Ltd. ("Hytto"), against Honey Play Box's ("Infringer") Ryder vibrator ("Infringing Product"), based on evidence and information presently available to Hytto. It is noted that the chart is drafted without the benefit of discovery. Hytto reserves the right to modify or supplement the chart and/or infringement theory as appropriate.

| Claim 1 | Infringing Product |
|---|---|
| **[1.0]** A reciprocating stimulation device, comprising: | The Infringing Product is a reciprocating stimulation device.<br><br>The Infringer maintains an Online Store (shown in Pic. 1), and offers to sell and/or sells a wide range of reciprocating stimulation device in the United States, including at least the Infringing Product available at https://www.honeyplaybox.com/collections/app-controlled-toys/products/ryder-app-controlled-vibrator (last visited September 2, 2025). *See* Pics. 2 and 3 below.<br><br>Pic. 1 (Online Store)<br><br>Pic. 2 (Infringing Product) |

2

| Claim 1 | Infringing Product |
|---|---|
|  | Pic. 2 is a dynamic image illustrating that the Infringing Product has reciprocating functionality when being operated, which delivers "intense stimulation" and "[s]imultaneous G-spot and C-spot stimulation." *See* Pic. 3 below.<br><br>Pic. 3 (Details of Infringing Product) |
| **[1.1]** a stimulating body configured to stimulate a body portion of a human, | The Infringing Product includes a stimulating body configured to stimulate a body portion of a human.<br><br>As shown in Pic. 4 below, the Infringing Product has a stimulating body (A) configured to stimulate a body portion of a human. |

3

| Claim 1 | Infringing Product |
|---|---|
|  | Pic. 4 |
| **[1.2]** the stimulating body including a rotating motor disposed therein, the rotating motor having a first shaft; | The stimulating body of the Infringing Product includes a rotating motor disposed therein, the rotating motor having a first shaft.<br><br>As shown in Pics. 5 & 6 below, the Infringing Product has a stimulating body (A) including a rotating motor (B) disposed therein, and the rotating motor (B) has a first shaft (C).<br><br>Pic. 5<br><br>Pic. 6 |

| Claim 1 | Infringing Product |
|---|---|
| **[1.3]** a screw coupled to the rotating motor via the first shaft so as to turn by the rotation of the rotating motor, the screw having a groove on its outer surface; | The Infringing Product includes a screw coupled to the rotating motor via the first shaft so as to turn by the rotation of the rotating motor, the screw having a groove on its outer surface.<br><br>As shown in Pics. 7 and 8 below, the Infringing Product has a screw (D) coupled to the rotating motor (B) via the first shaft (C). Thus, when the rotating motor (B) rotates, the screw (D) is turned by the rotating motor (B) via the first shaft (C). The screw (D) has a groove (G) on its outer surface.<br><br>Pic. 7<br><br>Pic. 8 |
| **[1.4(a)]** a nut adapted to have one or more | The Infringing Product has a nut adapted to have one or more guide structures that move within the groove. |

| Claim 1 | Infringing Product |
|---|---|
| guide structures that move within the groove, | As shown in Pics. 7-8 above and Pic. 9 below, the Infringing Product has a nut (F) adapted to have one or more guide structures (H) that move within the groove (G).<br><br><br>Pic. 9<br><br>As shown in Pic. 7 above and Pics 10-11 below, a hollow cylinder (E) is sleeved over the screw (D). A nut (F) is sleeved over the hollow cylinder (E). The hollow cylinder (E) has a linear groove (M) and the nut (F) has a guide structure (H) (also known as "guide pin") that matches the linear groove (M). The guide structure (H) (shown in Pics. 7 and 10-11) is configured to pass through a hole of a first sleeve portion (L) of the nut (F), and the linear groove (M), and be clamped in the groove (G) of the screw (D).<br><br>The nut (F) includes a first sleeve portion (L) and a static portion (K), wherein the static portion (K) is located on the side farther away from the rotating motor (B). The nut (F) moves linearly relative to the hollow cylinder (E) via the guide structure (H), the linear groove (M), and the groove (G) of the screw (D). |

| Claim 1 | Infringing Product |
|---|---|
| | Pic. 10<br><br>Pic. 11 |
| **[1.4(b)]** the one or more guide structures mated to a static portion of the reciprocating stimulation device and configured to remain fixed to the nut such that the stimulating body moves in a linear reciprocating | The one or more guide structures are mated to a static portion of the reciprocating stimulation device and configured to remain fixed to the nut, such that the stimulating body moves in a linear reciprocating manner with respect to the nut.<br><br>As shown in Pics. 7-11 above, the guide structure (H) is mated to the static portion (K) of the reciprocating stimulation device and configured to remain fixed to the nut (F). Thus, the stimulating body moves in a linear reciprocating manner (*see* annotated arrows in Pic. 11) with respect to the nut (F). |

| Claim 1 | Infringing Product |
|---|---|
| manner with respect to the nut; and | |
| **[1.5]** a stretchable tube that connects an exterior of the stimulating body to an exterior of the static portion of the reciprocating stimulation device, the stretchable tube configured to stretch and shrink as the stimulating body moves in the linear reciprocating manner with respect to the static portion of the reciprocating stimulation device. | The Infringing Product includes a stretchable tube that connects an exterior of the stimulating body to an exterior of the static portion of the reciprocating stimulation device, and the stretchable tube is configured to stretch and shrink as the stimulating body moves in the linear reciprocating manner with respect to the static portion of the reciprocating stimulation device.<br><br>As shown in Pic. 11 above and Pic. 12 below, the Infringing Product has a stretchable tube (I) that connects an exterior of the stimulating body to an exterior of the static portion (K) of the reciprocating stimulation device through, e.g., the silicone soft cover. Therefore, the stretchable tube (I) stretches and shrinks as the stimulating body moves in the linear reciprocating manner (*see* Pic. 2 (dynamic illustration available on the product site) and annotated arrows in Pic. 11) with respect to the static portion (K) of the reciprocating stimulation device.<br><br>Pic. 12 |