USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

## INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 12,318,340

Set forth below is an exemplary infringement claim chart for claims 1, 10, and 19 of U.S. Patent No. 12,318,340 (the "'340 Patent"), owned by Hytto Pte. Ltd. ("Hytto"), against Honey Play Box's ("Infringer") Application coupled with Oly 2 vibrator (collectively the "Infringing Product"), based on evidence and information presently available to Hytto. Moreover, the following products by the Infringer, when coupled with the Honey Play Box Application, also infringe at least one claim of the '340 Patent—

Joi Thrust 2 vibrator, Melody vibrator, Pearl 2 vibrator, Thrill vibrator, Tressa stimulator, Cyrus massager, Luis stimulator.

It is noted that the chart is drafted without the benefit of discovery. Hytto reserves the right to modify or supplement the chart and/or infringement theory as appropriate.

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 1 | Infringing Product |
|---|---|
| **[1.0]** A system for remotely controlling a sexual stimulation device, the system comprising: | The Infringer offers to sell and/or sells a wide range of instrumentalities (hardware and software) for controlling sexual stimulation devices (e.g., sexual toys) in the United States, including at least the Infringing Product.<br><br>In this infringement claim chart, the Honey Play Box hardware product being demonstrated is the OLY 2 Wearable Clit & G-Spot Vibrator, available at https://www.honeyplaybox.com/products/oly-2?variant=44819454263515 (last visited December 16, 2025), and the Honey Play Box Application product being demonstrated is available at https://www.honeyplaybox.com/pages/app-download (last visited December 16, 2025).<br><br>The Infringing Product has a user guide page demonstrating a system for remotely controlling a sexual stimulation device, available at, https://www.honeyplaybox.com/pages/how-to-use-honeyplaybox-remote-app (last visited December 16, 2025). *See* Pics. 1 and 2 below.<br><br><br><br>Pic. 1 |

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 1 | Infringing Product |
|---|---|
| |  |

Pic. 2

The Infringing Product has a system for controlling a sexual stimulation device (e.g., sexual toy). *See* Pic. 3 below. Pic. 3 is a screenshot from 00:00 to 00:01 in a demonstration video for the operations of the Infringing Product, available at https://www.youtube.com/shorts/ALq0IZ_euaY (last visited December 16, 2025).

Pic. 3

The Infringer directly infringes claim 1 of the '340 Patent under 35 U.S.C. § 271(a) by practicing each and every limitation of the system embodied therein. For example, engineers of the Infringer have tested the Honey Play Box App on a user terminal (e.g., smartphone) installed with the Honey Play Box App and connected to one of the Honey Play Box hardware products, e.g., Oly 2 vibrator.

3

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 1 | Infringing Product |
|---|---|
|  | The Infringer indirectly infringes claim 1 of the '340 Patent under 35 U.S.C. § 271(b) by actively inducing other users to practice each and every limitation of the system embodied therein. For example, the Infringer provides a user guide webpage to teach the users to use the Infringing Product in an infringing manner. *See* https://www.honeyplaybox.com/pages/how-to-use-honeyplaybox-remote-app.<br><br>The Infringer indirectly infringes claim 1 of the '340 Patent under 35 U.S.C. § 271(c) by offering to sell or selling within the United States the Honey Play Box App and one or more Honey Play Box hardware products (e.g., Oly 2 vibrator), which constitutes a material part of the claimed invention and is not a staple article or commodity of commerce suitable for substantial noninfringing use. For example, the Honey Play Box App, once installed on a user terminal and connected to a Honey Play Box hardware product, can be used only in an infringing manner. |
| **[1.1]** a processor; and | As shown in Pic. 3 above, either one of the user terminals (e.g., smartphone) includes a processor. |
| **[1.2]** a memory device having stored thereon a set of instructions which, when executed by the at least one processor, control the system to: | As shown in Pic. 3 above, either one of the user terminals (e.g., smartphone) includes a memory device having a set of instructions stored thereon. When the instructions are executed by the processor, the operations that follow are performed by the system. |
| **[1.3]** establish a local connection between a terminal of a first user and a sexual stimulation device of the first user through an application installed on the terminal of the first user; | As shown in Pics. 4-6 below, the system including the Infringing Product establishes a local connection between a terminal of a first user and a sexual stimulation device of the first user through an application installed on the terminal of the first user.<br><br>Pic. 4 is a screenshot from 00:00 to 00:01 in a demonstration video for the operations of the Infringing Product, available at, https://www.youtube.com/shorts/ALq0IZ_euaY (last visited December 16, 2025). Pic. 5 is a screenshot from 00:11 to 00:14 in the same demonstration video. Pic. 6 is a screenshot from 00:16 to 00:19 in the same demonstration video. After the local connection is established, an icon indicating that the stimulation device is an Oly 2 vibrator appears |

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 1 | Infringing Product |
|---|---|
| | on the display of the terminal of the first user.  |

Pic. 4

Pic. 5

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 1 | Infringing Product |
|---|---|
| | <br>Pic. 6 |
| **[1.4]** send a request for generating a control link to a server from the application installed on the terminal of the first user; | As shown in Pic. 1 above and Pics. 7-8 below, the system including the Infringing Product sends a request for generating a control link to a server from the application installed on the terminal of the first user.<br><br>Pics. 1 and 7 illustrate that the system including the Infringing Product allows the first user to share (e.g., send) a link to another user for controlling the sexual stimulation device of the first user. This necessarily involves sending the request to a server from the installed Honey Play Box App.<br><br>Pic. 8 is a screenshot from 00:20 to 00:22 in the demonstration video for the operations of the Infringing Product, available at https://www.youtube.com/shorts/ALq0IZ_euaY (last visited December 16, 2025). Pic. 8 illustrates that the system including the Infringing Product sends a request (e.g., by user clicking on the application) for generating a control link to a server from the application installed on the terminal of the first user (e.g., by operating via the application). |

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 1 | Infringing Product |
| --- | --- |
| |  |

Pic. 7

Pic. 8

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 1 | Infringing Product |
|---|---|
|  |  |
| **[1.5]** receive the control link from the server via the application installed on the terminal of the first user, the control link being generated and hosted by the server in response to the request sent thereto; | As shown in Pics. 9-13 below, the system including the Infringing Product receives the control link from the server via the application installed on the terminal of the first user, the control link being generated and hosted by the server in response to the request sent thereto.

After a request is sent to the server using the Send button on the application, the server (e.g., web server shown in Pic. 12, "control server" being operated separately from the terminal of the first user, etc.) generates a Control Link and returns the Control Link to the application installed on the terminal of the first user.

The Control Link is generated and hosted by the server in response to the request sent because when no network is connected (as shown in Pic. 13 below), no link is generated. As such, the link is believed to be generated and hosted by the server and then returned to the terminal of the first user from the server in response to the request.

Pic. 9 is a screenshot from 00:22 to 00:23 in the demonstration video for the operations of the Infringing Product, available at, https://www.youtube.com/shorts/ALq0IZ_euaY (last visited December 16, 2025). Pic. 10 is a screenshot from 00:24 to 00:25 in the same video. Pic. 11 is a screenshot from 00:28 to 00:29 in the same video. Pic. 12 is a screenshot from 00:39 to 00:40 in the same video.



Pic. 9 |

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 1 | Infringing Product |
|---------|--------------------|
| |  |

Pic. 10

Pic. 11

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 1 | Infringing Product |
|---|---|
| | Pic. 12 |
| |  |
| | Pic. 13 |
| **[1.6]** establish a real-time connection between the terminal of the first user and a terminal of a second user in response to the first user having relayed the control link and the second user having received and accessed the control link relayed by the first user; | As shown in Pics. 14-19 below, the system including the Infringing Product establishes a real-time connection between the terminal of the first user and a terminal of a second user in response to the first user having relayed the control link and the second user having received and accessed the control link relayed by the first user.

When the first user sends the Control Link to the terminal of the second user (*see* Pics. 14-16) and the second user receives and accesses the control link sent by the first user through the terminal of the second user (*see* Pics. 17-18), a real-time connection is be established between the terminal of the first user and the terminal of the second user (*see* Pic. 19).

Pic. 14 is a screenshot from 00:24 to 00:25 in the demonstration video for the operations of the Infringing Product, available at, https://www.youtube.com/shorts/ALq0IZ_euaY (last visited December 16, 2025). Pic. 15 is a screenshot from 00:27 to 00:28 in the same video. Pic. 16 is a screenshot from 00:29 to 00:30 in the same video. Pic. 17 is a screenshot from 00:33 to 00:34 in the same video. Pic. 18 is a screenshot from 00:34 to 00:35 in the same video. Pic. 19 is a screenshot from 00:39 to 00:40 in the same video. |

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 1 | Infringing Product |
|---------|--------------------|
| |  |

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 1 | Infringing Product |
|---------|--------------------|
| |  |

Pic. 17

Pic. 18

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 1 | Infringing Product |
|---|---|
| | Pic. 19 |
| **[1.7]** obtain an activation command from the server hosting the control link, the activation command being generated in response to the second user interacting with a control user interface of the control link and being transmitted to the terminal of the first user, and the control user interface of the control link being activated in response to the second user accessing the control link; and | As shown in Pic. 20 below, the system including the Infringing Product obtains an activation command from the server hosting the control link, the activation command being generated in response to the second user interacting with a control user interface of the control link and being transmitted to the terminal of the first user, and the control user interface of the control link being activated in response to the second user accessing the control link.<br><br>When the second user initiates control on the control interface (annotated in Pic. 20 below) associated with the control connection of the terminal of the second user, the server generates an activation command in response to the second user's initiation of the control and transmits the activation command to the terminal of the first user.<br><br>Pic. 20 is a screenshot from 00:41 to 00:42 in the demonstration video for the operations of the Infringing Product, available at, https://www.youtube.com/shorts/ALq0IZ_euaY (last visited December 16, 2025).<br><br><br>Pic. 20 |
| **[1.8]** send the activation command to the sexual stimulation device of the first user by the terminal of the | As shown in Pic. 21 below, the system including the Infringing Product sends the activation command to the sexual stimulation device of the first user by the terminal of the first user, thereby activating the sexual stimulation device to perform operation under an operational mode corresponding to the activation command.<br><br>When the terminal of the first user receives the activation command |

13

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 1 | Infringing Product |
|---|---|
| first user, thereby activating [[and activate]] the sexual stimulation device to perform [[operate]] <u>operation</u> under an operational mode corresponding to the activation command. | (being generated in response to the second user interacting with a control user interface of the control link) and sends the activation command to the sexual stimulation device, the sexual stimulation device of the first user will be activated and operate in the working mode (e.g., in vibration) corresponding to the activation command. <br><br> Pic. 21 is a screenshot from 00:46 to 00:47 in the demonstration video for the operations of the Infringing Product, available at, <u>https://www.youtube.com/shorts/ALq0IZ_euaY</u> (last visited December 16, 2025). <br><br>  <br> Pic. 21 |

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 10 | Infringing Product |
|---|---|
| **[10.0]** A method for remotely controlling a sexual stimulation device, the method comprising: | The Infringer offers to sell and/or sells a wide range of instrumentalities (hardware and software) for controlling sexual stimulation devices (e.g., sexual toys) in the United States, including at least the Infringing Product.<br><br>In this infringement claim chart, the Honey Play Box hardware product being demonstrated is the OLY 2 Wearable Clit & G-Spot Vibrator, available at https://www.honeyplaybox.com/products/oly-2?variant=44819454263515 (last visited December 16, 2025), and the Honey Play Box Application product being demonstrated is available at https://www.honeyplaybox.com/pages/app-download (last visited December 16, 2025).<br><br>The Infringing Product has a user guide page demonstrating a method for remotely controlling a sexual stimulation device (e.g., sexual toy), available at, https://www.honeyplaybox.com/pages/how-to-use-honeyplaybox-remote-app (last visited December 16, 2025). *See* Pics. 1 and 2 below.<br><br><br>Pic. 1 |

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 10 | Infringing Product |
|---|---|
| | 

Pic. 2

The Infringing Product is configured for controlling a sexual stimulation device (e.g., sexual toy). *See* Pic. 3 below. Pic. 3 is a screenshot from 00:00 to 00:01 in a demonstration video for the operations of the Infringing Product, available at https://www.youtube.com/shorts/ALq0IZ_euaY (last visited December 16, 2025).



Pic. 3

The Infringer directly infringes claim 10 of the '340 Patent under 35 U.S.C. § 271(a) by practicing the method embodied therein. For example, engineers of the Infringer have tested the Honey Play Box App on a user terminal (e.g., smartphone) installed with the Honey Play Box App and connected to one of the Honey Play Box hardware products, e.g., Oly 2 vibrator. |

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 10 | Infringing Product |
|---|---|
| | The Infringer indirectly infringes claim 10 of the '340 Patent under 35 U.S.C. § 271(b) by actively inducing other users to practice the method embodied therein. For example, the Infringer provides a user guide webpage to teach the users to use the Infringing Product in an infringing manner. *See* https://www.honeyplaybox.com/pages/how-to-use-honeyplaybox-remote-app. <br><br> The Infringer indirectly infringes claim 10 of the '340 Patent under 35 U.S.C. § 271(c) by offering to sell or selling within the United States the Honey Play Box App and one or more Honey Play Box hardware products (e.g., Oly 2 vibrator), which constitutes a material part of the claimed invention and is not a staple article or commodity of commerce suitable for substantial noninfringing use. For example, the Honey Play Box App, once installed on a user terminal and connected to a Honey Play Box hardware product, can be used only in an infringing manner. |
| **[10.1]** establishing a local connection between a terminal of a first user and a sexual stimulation device of the first user through an application installed on the terminal of the first user; | As shown in Pics. 4-6 below, the Infringing Product establishes a local connection between a terminal (e.g., smartphone) of a first user and a sexual stimulation device of the first user through an application installed on the terminal of the first user. <br><br> Pic. 4 is a screenshot from 00:00 to 00:01 in a demonstration video for the operations of the Infringing Product, available at, https://www.youtube.com/shorts/ALq0IZ_euaY (last visited December 16, 2025). Pic. 5 is a screenshot from 00:11 to 00:14 in the same demonstration video. Pic. 6 is a screenshot from 00:16 to 00:19 in the same demonstration video. After the local connection is established, an icon indicating that the stimulation device is an Oly 2 vibrator appears on the display of the terminal of the first user. <br><br>  |

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 10 | Infringing Product |
|---|---|
| | <br>Pic. 4<br><br>Pic. 5<br><br>Pic. 6 |
| **[10.2]** sending a request for generating a control link to a server from the application installed on the terminal of the first user; | As shown in Pic. 1 above and Pics. 7-8 below, the Infringing Product sends a request for generating a control link to a server from the application installed on the terminal of the first user.<br><br>Pics. 1 and 7 illustrate that the Infringing Product allows the first user to share (e.g., send) a link to another user for controlling the sexual stimulation device of the first user. This necessarily involves sending the request to a server from the installed Honey Play Box App. |

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 10 | Infringing Product |
|---|---|
|  | Pic. 8 is a screenshot from 00:20 to 00:22 in the demonstration video for the operations of the Infringing Product, available at https://www.youtube.com/shorts/ALq0IZ_euaY (last visited December 16, 2025). Pic. 8 illustrates that the Infringing Product sends a request (e.g., by user clicking on the application) for generating a control link to a server from the application installed on the terminal of the first user (e.g., by operating via the application).<br><br><br><br>Pic. 7 |

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 10 | Infringing Product |
|---|---|
| | <br>Pic. 8 |
| **[10.3]** receiving the control link from the server via the application installed on the terminal of the first user, the control link being generated and hosted by the server in response to the request sent thereto; | As shown in Pics. 9-13 below, the Infringing Product receives the control link from the server via the application installed on the terminal of the first user, the control link being generated and hosted by the server in response to the request sent thereto.<br><br>After a request is sent to the server using the Send button on the application, the server (e.g., web server shown in Pic. 12, "control server" being operated separately from the terminal of the first user, etc.) generates a Control Link and returns the Control Link to the application installed on the terminal of the first user.<br><br>The Control Link is generated and hosted by the server in response to the request sent because when no network is connected (as shown in Pic. 13 below), no link is generated. As such, the link is believed to be generated and hosted by the server and then returned to the terminal of the first user from the server in response to the request.<br><br>Pic. 9 is a screenshot from 00:22 to 00:23 in the demonstration video for the operations of the Infringing Product, available at, https://www.youtube.com/shorts/ALq0IZ_euaY (last visited December 16, 2025). Pic. 10 is a screenshot from 00:24 to 00:25 in the same video. Pic. 11 is a screenshot from 00:28 to 00:29 in the same video. Pic. 12 is a screenshot from 00:39 to 00:40 in the same video. |

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 10 | Infringing Product |
|---|---|
| |  Pic. 9 <br><br> Pic. 10 |

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 10 | Infringing Product |
|---|---|
| |  |

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 10 | Infringing Product |
|---|---|
| | <br>Pic. 13 |
| **[10.4]** establishing a real-time connection between the terminal of the first user and a terminal of a second user in response to the first user having relayed the control link and the second user having received and accessed the control link relayed by the first user; | As shown in Pics. 14-19 below, the Infringing Product establishes a real-time connection between the terminal of the first user and a terminal of a second user in response to the first user having relayed the control link and the second user having received and accessed the control link relayed by the first user.<br><br>When the first user sends the Control Link to the terminal of the second user (*see* Pics. 14-16) and the second user receives and accesses the control link sent by the first user through the terminal of the second user (*see* Pics. 17-18), a real-time connection is be established between the terminal of the first user and the terminal of the second user (*see* Pic. 19).<br><br>Pic. 14 is a screenshot from 00:24 to 00:25 in the demonstration video for the operations of the Infringing Product, available at, https://www.youtube.com/shorts/ALq0IZ_euaY (last visited December 16, 2025). Pic. 15 is a screenshot from 00:27 to 00:28 in the same video. Pic. 16 is a screenshot from 00:29 to 00:30 in the same video. Pic. 17 is a screenshot from 00:33 to 00:34 in the same video. Pic. 18 is a screenshot from 00:34 to 00:35 in the same video. Pic. 19 is a screenshot from 00:39 to 00:40 in the same video. |

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 10 | Infringing Product |
|---|---|
| |  |

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 10 | Infringing Product |
|---|---|
| |  |

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 10 | Infringing Product |
|---|---|
| | Pic. 19 |
| **[10.5]** obtaining an activation command from the server hosting the control link, the activation command being generated in response to the second user interacting with a control user interface of the control link and being transmitted to the terminal of the first user, and the control user interface of the control link being activated in response to the second user accessing the control link; and | As shown in Pic. 20 below, the Infringing Product obtains an activation command from the server hosting the control link, the activation command being generated in response to the second user interacting with a control user interface of the control link and being transmitted to the terminal of the first user, and the control user interface of the control link being activated in response to the second user accessing the control link.<br><br>When the second user initiates control on the control interface (annotated in Pic. 20 below) associated with the control connection of the terminal of the second user, the server generates an activation command in response to the second user's initiation of the control and transmits the activation command to the terminal of the first user.<br><br>Pic. 20 is a screenshot from 00:41 to 00:42 in the demonstration video for the operations of the Infringing Product, available at, https://www.youtube.com/shorts/ALq0IZ_euaY (last visited December 16, 2025).<br><br><br>Pic. 20 |
| **[10.6]** sending the activation command to the sexual stimulation device of the first user by the terminal of the | As shown in Pic. 21 below, the Infringing Product sends the activation command to the sexual stimulation device of the first user by the terminal of the first user, thereby activating the sexual stimulation device to perform operation under an operational mode corresponding to the activation command.<br><br>When the terminal of the first user receives the activation command |

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 10 | Infringing Product |
|---|---|
| first user, thereby activating [[and activate]] the sexual stimulation device to perform [[operate]] <u>operation</u> under an operational mode corresponding to the activation command. | (being generated in response to the second user interacting with a control user interface of the control link) and sends the activation command to the sexual stimulation device, the sexual stimulation device of the first user will be activated and operate in the working mode (e.g., in vibration) corresponding to the activation command.<br><br>Pic. 21 is a screenshot from 00:46 to 00:47 in the demonstration video for the operations of the Infringing Product, available at, https://www.youtube.com/shorts/ALq0IZ_euaY (last visited December 16, 2025).<br><br><br><br>Pic. 21 |

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 19 | Infringing Product |
|---|---|
| **[19.0]** A non-transitory computer-readable storage medium storing computer-executable instructions that, when executed by at least a processor of an application server, control the application server to perform operations comprising: | The Infringer offers to sell and/or sells a wide range of instrumentalities (hardware and software) for controlling sexual stimulation devices (e.g., sexual toys) in the United States, including at least the Infringing Product. The software of the Infringing Product, i.e., Honey Play Box App, can be installed on a terminal of a user (e.g., smartphone) which includes a non-transitory computer-readable storage medium storing computer-executable instructions associated with the Infringing Product. In addition, it is common knowledge that such terminal includes at least processor.<br><br>In this infringement claim chart, the Honey Play Box hardware product being demonstrated is the OLY 2 Wearable Clit & G-Spot Vibrator, available at https://www.honeyplaybox.com/products/oly-2?variant=44819454263515 (last visited December 16, 2025), and the Honey Play Box Application product being demonstrated is available at https://www.honeyplaybox.com/pages/app-download (last visited December 16, 2025).<br><br>The Infringing Product has a user guide page demonstrating a method for remotely controlling a sexual stimulation device (e.g., sexual toy), available at, https://www.honeyplaybox.com/pages/how-to-use-honeyplaybox-remote-app (last visited December 16, 2025). *See* Pics. 1 and 2 below.<br><br><br>Pic. 1 |

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 19 | Infringing Product |
|---|---|
| |  Pic. 2 <br><br> The Infringing Product is configured for controlling a sexual stimulation device (e.g., sexual toy). *See* Pic. 3 below. Pic. 3 is a screenshot from 00:00 to 00:01 in a demonstration video for the operations of the Infringing Product, available at https://www.youtube.com/shorts/ALq0IZ_euaY (last visited December 16, 2025). <br><br>  Pic. 3 <br><br> The Infringer directly infringes claim 19 of the '340 Patent under 35 U.S.C. § 271(a) by practicing, on a user terminal (e.g., smartphone), the method embodied therein. For example, engineers of the Infringer have tested the Honey Play Box App on a user terminal installed with the Honey Play Box App and connected to one of the Honey Play Box hardware products, e.g., Oly 2 vibrator. |

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 19 | Infringing Product |
|---|---|
| | The Infringer indirectly infringes claim 19 of the '340 Patent under 35 U.S.C. § 271(b) by actively inducing other users to practice, on the user terminal, the method embodied therein. For example, the Infringer provides a user guide webpage to teach the users to use the Infringing Product in an infringing manner. *See* https://www.honeyplaybox.com/pages/how-to-use-honeyplaybox-remote-app. |
| | The Infringer indirectly infringes claim 19 of the '340 Patent under 35 U.S.C. § 271(c) by offering to sell or selling within the United States the Honey Play Box App and one or more Honey Play Box hardware products (e.g., Oly 2 vibrator), which constitutes a material part of the claimed invention and is not a staple article or commodity of commerce suitable for substantial noninfringing use. For example, the Honey Play Box App, once installed on a user terminal and connected to a Honey Play Box hardware product, can be used only in an infringing manner. |
| **[19.1]** establishing a local connection between a terminal of a first user and a sexual stimulation device of the first user through an application installed on the terminal of the first user; | As shown in Pics. 4-6 below, the Infringing Product establishes a local connection between a terminal of a first user and a sexual stimulation device of the first user through an application installed on the terminal (e.g., smartphone) of the first user. |
| | Pic. 4 is a screenshot from 00:00 to 00:01 in a demonstration video for the operations of the Infringing Product, available at, https://www.youtube.com/shorts/ALq0IZ_euaY (last visited December 16, 2025). Pic. 5 is a screenshot from 00:11 to 00:14 in the same demonstration video. Pic. 6 is a screenshot from 00:16 to 00:19 in the same demonstration video. After the local connection is established, an icon indicating that the stimulation device is an Oly 2 vibrator appears on the display of the terminal of the first user. |

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 19 | Infringing Product |
|---|---|
| |  |



Pic. 4

Pic. 5

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 19 | Infringing Product |
|---|---|
| | <br>Pic. 6 |
| **[19.2]** sending a request for generating a control link to a server from the application installed on the terminal of the first user; | As shown in Pic. 1 above and Pics. 7-8 below, the Infringing Product sends a request for generating a control link to a server from the application installed on the terminal of the first user.<br><br>Pics. 1 and 7 illustrate that the Infringing Product allows the first user to share (e.g., send) a link to another user for controlling the sexual stimulation device of the first user. This necessarily involves sending the request to a server from the installed Honey Play Box App.<br><br>Pic. 8 is a screenshot from 00:20 to 00:22 in the demonstration video for the operations of the Infringing Product, available at https://www.youtube.com/shorts/ALq0IZ_euaY (last visited December 16, 2025). Pic. 8 illustrates that the Infringing Product sends a request (e.g., by user clicking on the application) for generating a control link to a server from the application installed on the terminal of the first user (e.g., by operating via the application). |

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 19 | Infringing Product |
|---|---|
| |  |

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 19 | Infringing Product |
|---|---|
| | |
| **[19.3]** receiving the control link from the server via the application installed on the terminal of the first user, the control link being generated and hosted by the server in response to the request sent thereto; | As shown in Pics. 9-13 below, the Infringing Product receives the control link from the server via the application installed on the terminal of the first user, the control link being generated and hosted by the server in response to the request sent thereto. <br><br> After a request is sent to the server using the Send button on the application, the server (e.g., web server shown in Pic. 12, "control server" being operated separately from the terminal of the first user, etc.) generates a Control Link and returns the Control Link to the application installed on the terminal of the first user. <br><br> The Control Link is generated and hosted by the server in response to the request sent because when no network is connected (as shown in Pic. 13 below), no link is generated. As such, the link is believed to be generated and hosted by the server and then returned to the terminal of the first user from the server in response to the request. <br><br> Pic. 9 is a screenshot from 00:22 to 00:23 in the demonstration video for the operations of the Infringing Product, available at, https://www.youtube.com/shorts/ALq0IZ_euaY (last visited December 16, 2025). Pic. 10 is a screenshot from 00:24 to 00:25 in the same video. Pic. 11 is a screenshot from 00:28 to 00:29 in the same video. Pic. 12 is a screenshot from 00:39 to 00:40 in the same video. <br><br>  <br> Pic. 9 |

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 19 | Infringing Product |
|---|---|



Pic. 10

Pic. 11

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 19 | Infringing Product |
|---|---|
| | Pic. 12 |



Pic. 13

| [19.4] establishing a real-time connection between the terminal of the first user and a terminal of a second user in response to the first user having relayed the control link and the second user having received and accessed the control link relayed by the first user; | As shown in Pics. 14-19 below, the Infringing Product establishes a real-time connection between the terminal of the first user and a terminal of a second user in response to the first user having relayed the control link and the second user having received and accessed the control link relayed by the first user.<br><br>When the first user sends the Control Link to the terminal of the second user (*see* Pics. 14-16) and the second user receives and accesses the control link sent by the first user through the terminal of the second user (*see* Pics. 17-18), a real-time connection is be established between the terminal of the first user and the terminal of the second user (*see* Pic. 19).<br><br>Pic. 14 is a screenshot from 00:24 to 00:25 in the demonstration video for the operations of the Infringing Product, available at, https://www.youtube.com/shorts/ALq0IZ_euaY (last visited December 16, 2025). Pic. 15 is a screenshot from 00:27 to 00:28 in the same video. Pic. 16 is a screenshot from 00:29 to 00:30 in the same video. Pic. 17 is a screenshot from 00:33 to 00:34 in the same video. Pic. 18 is a screenshot from 00:34 to 00:35 in the same video. Pic. 19 is a screenshot from 00:39 to 00:40 in the same video. |

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 19 | Infringing Product |
|---|---|
| |  |

Pic. 14

Pic. 15

Pic. 16

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 19 | Infringing Product |
|---|---|
| |  |

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 19 | Infringing Product |
|---|---|
| | Pic. 19 |
| **[19.5]** obtaining an activation command from the server hosting the control link, the activation command being generated in response to the second user interacting with a control user interface of the control link and being transmitted to the terminal of the first user, and the control user interface of the control link being activated in response to the second user accessing the control link; and | As shown in Pic. 20 below, the Infringing Product obtains an activation command from the server hosting the control link, the activation command being generated in response to the second user interacting with a control user interface of the control link and being transmitted to the terminal of the first user, and the control user interface of the control link being activated in response to the second user accessing the control link.<br><br>When the second user initiates control on the control interface (annotated in Pic. 20 below) associated with the control connection of the terminal of the second user, the server generates an activation command in response to the second user's initiation of the control and transmits the activation command to the terminal of the first user.<br><br>Pic. 20 is a screenshot from 00:41 to 00:42 in the demonstration video for the operations of the Infringing Product, available at, https://www.youtube.com/shorts/ALq0IZ_euaY (last visited December 16, 2025).<br><br><br><br>Pic. 20 |
| **[19.6]** sending the activation command to the sexual stimulation device of the first user by the terminal of the | As shown in Pic. 21 below, the Infringing Product sends the activation command to the sexual stimulation device of the first user by the terminal of the first user, thereby activating the sexual stimulation device to perform operation under an operational mode corresponding to the activation command.<br><br>When the terminal of the first user receives the activation command |

USP 12,318,340 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 19 | Infringing Product |
|---|---|
| first user, thereby activating [[and activate]] the sexual stimulation device to perform operate under an operational mode corresponding to the activation command. | (being generated in response to the second user interacting with a control user interface of the control link) and sends the activation command to the sexual stimulation device, the sexual stimulation device of the first user will be activated and operate in the working mode (e.g., in vibration) corresponding to the activation command.<br><br>Pic. 21 is a screenshot from 00:46 to 00:47 in the demonstration video for the operations of the Infringing Product, available at, https://www.youtube.com/shorts/ALq0IZ_euaY (last visited December 16, 2025).<br><br><br>Pic. 21 |