USP 12,350,221 – Ryder

## INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 12,350,221

Set forth below is an exemplary infringement claim chart for claims 1 and 8 of U.S. Patent No. 12,350,221 (the "'221 Patent"), owned by Hytto Pte. Ltd. ("Hytto"), against Honey Play Box's ("Infringer") Ryder vibrator ("Infringing Product"), based on evidence and information presently available to Hytto. It is noted that the chart is drafted without the benefit of discovery. Hytto reserves the right to modify or supplement the chart and/or infringement theory as appropriate.

| Claim 1 | Infringing Product |
|---|---|
| **[1.0]** A reciprocating stimulation device, comprising: | The Infringing Product is a reciprocating stimulation device.<br><br>The Infringer maintains an Online Store (shown in Pic. 1), and offers to sell and/or sells a wide range of reciprocating stimulation device in the United States, including at least the Infringing Product available at https://www.honeyplaybox.com/collections/app-controlled-toys/products/ryder-app-controlled-vibrator (last visited September 2, 2025). *See* Pics. 2 and 3 below.<br><br>Pic. 1 (Online Store)<br><br>Pic. 2 (Infringing Product) |

2

| Claim 1 | Infringing Product |
|---|---|
| | Pic. 2 is a dynamic image illustrating that the Infringing Product has reciprocating functionality when being operated, which delivers "intense stimulation" and "[s]imultaneous G-spot and C-spot stimulation." *See* Pic. 3 below.<br><br>Pic. 3 (Details of Infringing Product) |
| **[1.1]** a proximal part; | The Infringing Product has a proximal part.<br><br>As shown in Pic. 4 below, the Infringing Product has a proximal part (A) and a distal part (B). *See* Pic. 4. |

3

USP 12,350,221 – Ryder

| Claim 1 | Infringing Product |
|---|---|
| | Pic. 4 |
| **[1.2]** a distal part including a vibration component; | The Infringing Product has a distal part including a vibration component.<br><br>As shown in Pic. 5 below, the Infringing Product has a distal part (B) including a vibration component (D). *See* Pic. 5. |

USP 12,350,221 – Ryder

| Claim 1 | Infringing Product |
|---|---|
| | Pic. 5 |
| **[1.3]** a stretchable tube connecting an exterior of the distal part to an exterior of the proximal part so as to form a stimulation body configured to be inserted into an orifice of a human; and | The Infringing Product has a stretchable tube connecting an exterior of the distal part to an exterior of the proximal part so as to form a stimulation body configured to be inserted into an orifice of a human.<br><br>As shown in above Pics. 4 and 5, the Infringing Product has a silicone soft cover with wrinkled structure and the silicone soft cover connects an exterior of the distal part (B) to an exterior of the proximal part (A). The Infringing Product is described as capable of thrusting & vibrating G-spot stimulation. *See* Pics. 3 and 6. Therefore, it is apparent that the stretchable tube (C) connecting an exterior of the distal part (B) to an exterior of the proximal part (A) to form a stimulation body (F) configured to be inserted into an orifice of a human. |

| Claim 1 | Infringing Product |
|---|---|
|  |  Pic. 6 |
| **[1.4]** a drive component configured to drive the distal part in a reciprocating manner relative to the proximal part; | The Infringing Product has a drive component configured to drive the distal part in a reciprocating manner relative to the proximal part.<br><br>As shown in Pics. 2 (dynamic illustration available on the product site) and 5 above and Pic. 7 below, the drive component (E) is configured to drive the distal part (B) in a reciprocating manner (e.g., moving back and forth, *see* annotated arrows in Pic. 7) relative to the proximal part (A), which remains relatively stable as compared to distal part (B).<br><br>Pic. 7 |
| **[1.5]** wherein the stretchable tube is configured to stretch and shrink as the distal part | The stretchable tube of the Infringing Product is configured to stretch and shrink as the distal part moves in the reciprocating manner, thereby resulting in reciprocating stimulation to a body portion of the human. |

| Claim 1 | Infringing Product |
|---|---|
| moves in the reciprocating manner, thereby resulting in reciprocating stimulation to a body portion of the human; | As shown in Pics. 2, 4 and 7 above, the stretchable tube (C) stretches when the distal part (B) moves away from the proximal part (A) and the stretchable tube (C) shrinks when the distal part (B) moves towards the proximal part (A), resulting in reciprocating stimulation to a body portion of the human. |
| **[1.6]** wherein the drive component is configured to remain within the orifice of the human as the distal part of the stimulation body reciprocates relative to the proximal part. | The drive component of the Infringing Product is configured to remain within the orifice of the human as the distal part of the stimulation body reciprocates relative to the proximal part.

As shown in Pics. 5 and 7 above and Pic. 8 (dynamic illustration available on the product site) below, the drive component (E) stays within the orifice of the human as the distal part (B) of the stimulation body (F) reciprocates relative to the proximal part (A).

Pic. 8 |

| Claim 8 | Infringing Product |
|---|---|
| **[8.0]** A reciprocating stimulation device, comprising: | The Infringing Product is a reciprocating stimulation device.<br><br>The Infringer maintains an Online Store (shown in Pic. 1), and offers to sell and/or sells a wide range of reciprocating stimulation device in the United States, including at least the Infringing Product available at https://www.honeyplaybox.com/collections/app-controlled-toys/products/ryder-app-controlled-vibrator (last visited September 2, 2025). *See* Pics. 2 and 3 below.<br><br>Pic. 1 (Online Store)<br><br>Pic. 2 (Infringing Product) |

| Claim 8 | Infringing Product |
|---|---|
|  | Pic. 2 is a dynamic image illustrating that the Infringing Product has reciprocating functionality when being operated, which delivers "intense stimulation" and "[s]imultaneous G-spot and C-spot stimulation." *See* Pic. 3 below.<br><br>Pic. 3 (Details of Infringing Product) |
| **[8.1]** a proximal part; | The Infringing Product has a proximal part.<br><br>As shown in Pic. 4 below, the Infringing Product has a proximal part (A) and a distal part (B). *See* Pic. 4. |

9

| Claim 8 | Infringing Product |
|---|---|
| | Pic. 4 |
| **[8.2]** a distal part configured to stimulate a body portion of a human, the distal part including a rotating motor disposed therein; | The Infringing Product has a distal part configured to stimulate a body portion of a human, the distal part including a rotating motor disposed therein.<br><br>As shown in Pic. 4 above and Pic. 5A below, the Infringing Product has a distal part (B) including a rotating motor (F). The Infringing Product is described as capable of thrusting & vibrating G-spot stimulation. *See* Pics. 3 and 6. Therefore, it is apparent that the distal part (B) is configured to stimulate a body portion of a human. |

| Claim 8 | Infringing Product |
|---|---|
| | <br>Pic. 5A<br><br>Pic. 6 |
| **[8.3]** a linear reciprocating mechanism configured to drive the distal part to move in a reciprocating manner via a first shaft of the | The Infringing Product includes a linear reciprocating mechanism configured to drive the distal part to move in a reciprocating manner via a first shaft of the rotating motor.<br><br>As shown in Pics. 4 and 5A above and Pic. 5B below, the Infringing Product has a linear reciprocating mechanism (E) configured to drive the distal part (B) in a reciprocating manner. |

| Claim 8 | Infringing Product |
|---|---|
| rotating motor; and | <br>Pic. 5B<br><br>As shown in Pics. 7 and 9 below, the linear reciprocating mechanism (E) is configured to drive the distal part (B) in a reciprocating manner (e.g., moving back and forth, *see* annotated arrows in Pic. 7) via a first shaft (G) of the rotating motor (F).<br><br>Pic. 7 |

| Claim 8 | Infringing Product |
|---|---|
|  | Pic. 9 |
| **[8.4]** a stretchable tube that connects an exterior of the distal part to an exterior of the proximal part, | The Infringing Product includes stretchable tube that connects an exterior of the distal part to an exterior of the proximal part.<br><br>As shown in Pic. 4, the Infringing Product has a silicone soft cover with wrinkled structure, which forms the stretchable tube (C) connecting an exterior of the distal part (B) to an exterior of the proximal part (A). |
| **[8.5]** wherein the stretchable tube is configured to stretch and shrink as the distal part moves in the reciprocating manner with respect to the proximal part. | The stretchable tube of the Infringing Product is configured to stretch and shrink as the distal part moves in the reciprocating manner with respect to the proximal part.<br><br>As shown in Pics. 2, 4 and 7 above, the stretchable tube (C) stretches when the distal part (B) moves away from the proximal part (A) and shrinks when the distal part (B) moves towards the proximal part (A), thus moving in the reciprocating matter with respect to the proximal part (A). |