# Exhibit A

USP 9,889,064 – Jesslyn

## INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 9,889,064

Set forth below is an exemplary infringement claim chart for claims 1 and 8 of U.S. Patent No. 9,889,064 (the "'064 Patent"), owned by Hytto Pte. Ltd. ("Hytto"), against Honey Play Box's ("Infringer") Jesslyn stimulator product ("Infringing Product"), based on evidence and information presently available to Hytto. It is noted that the chart is drafted without the benefit of discovery. Hytto reserves the right to modify or supplement the chart and/or infringement theory as appropriate.

1

USP 9,889,064 – Jesslyn

| Claim 1 | Infringing Product |
|---|---|
| **[1.0]** A sexual stimulation device, comprising: | The Infringing Product is a sexual stimulation device.<br><br>The Infringer maintains an Online Store (shown in Pic. 1), and offers to sell and/or sells a wide range of stimulation devices in the United States, including at least the Infringing Product available at https://www.honeyplaybox.com/products/jesslyn-tapping-clit-stimulator?variant=44323047342299 (last visited September 30, 2025). *See* Pic. 2 below.<br><br><br>Pic. 1 (Online Store)<br><br><br>Pic. 2 (Infringing Product)<br><br>Pic. 2 is a dynamic image illustrating that the Infringing Product has tapping functionality when being operated, which "offers 7 vibration and tapping patterns for interior G-spot massage and exterior clit stimulation" *See* Pic. 3 below. |

2

USP 9,889,064 – Jesslyn

| Claim 1 | Infringing Product |
|---|---|
| |   **Tapping Clit Stimulator G-spot Vibrator with Sliding Beads Ring**<br><br>Featuring an upgraded design with a beads ring, the G-spot vibrator clit stimulator offers an angled bulbous end for targeted G-spot stimulation. The beads ring slides up and down the vagina, adding a new dimension to orgasmic exploration. On the exterior, the tapping end is perfectly positioned at the clit, delivering precise and varied frequencies for an exhilarating climax.<br><br>**10 Beads Ring Sliding, 7 Vibrating & Tapping Modes**<br><br>Indulge in double pleasure with Jesslyn's dual-end design. It offers 7 vibration and tapping patterns for interior G-spot massage and exterior clit stimulation. Combined with 10 beads ring sliding up and down modes in the vagina, it unlocks an explosive orgasmic wonderland. Explore multiple motions and embark on a roller coaster of triple thrills all at once.<br><br>**Surrender to the Multifunctional G-spot Vibrator Clit Massager**<br><br>Discover the exquisite pleasure of the G-spot vibrator clit stimulator as it stimulates your hot spots. Experience tantalizing G-spot vibrations while the robust thumb teases your clit, ranging from gentle tapping to intense flapping. With triple motors, the beads ring runs vividly up and down, igniting pleasure on-the-go. Embrace the versatility of this multifunctional G-spot vibe during your intimate moments.<br><br>Pic. 3 (Details of Infringing Product) |
| **[1.1]** an elongated member having a first end and a second end; | The Infringing Product includes an elongated member, which has a first end and a second end.<br><br>As shown in Pic. 4 below, the Infringing Product has an elongated member (104), and the elongated member (104) has a first end (101) and a second end (102). |

| Claim 1 | Infringing Product |
|---|---|
| | Pic. 4 |
| **[1.2]** said first end comprising a handle having a control button; | The first end of the Infringing Product includes a handle which has a control button.<br><br>As shown in Pic. 4 above, the first end (101) of the Infringing Product includes a handle which has a control button (105). |
| **[1.3]** said second end comprising a stimulation end having a stimulation point, wherein said stimulation point comprises a portion of said stimulation end, further wherein said stimulation point is directly aligned with a silicone embedded connector disposed within said elongated member; | The second end of the Infringing Product includes a stimulation end having a stimulation point. The stimulation point comprises a portion of the stimulation end. The stimulation point is directly aligned with a silicone embedded connector disposed within the elongated member.<br><br>As shown in Pic. 4 above and Pic. 5 below, the second end (102) is a stimulation end (102) which has a stimulation point (103). The stimulation point (103) is a portion of the stimulation end (102). The stimulation point (103) is directly aligned with a silicone embedded connector (112) disposed within the elongated member (104).<br><br><br>Pic. 5 |
| **[1.4(a)]** a motor connected to a motor head comprising a motor head attachment connected to said silicone embedded | The Infringing Product includes a motor connected to a motor head. The motor head includes a motor head attachment connected to the silicone embedded connector.<br><br>As shown in Pic. 6 below, the Infringing Product has a motor (109) connected to a motor head (110). The motor head (110) has a motor head attachment (111) connected to a silicone embedded connector (112). |

4

USP 9,889,064 – Jesslyn

| Claim 1 | Infringing Product |
|---|---|
| connector, | \nPic. 6 |
| **[1.4(b)]** wherein said motor head and said motor head attachment moves perpendicularly to a longitudinal axis of said motor in order to pulsate said stimulation point of said stimulation end in an isolated manner upon being activated via said control button while maintaining said stimulation end stationary. | The motor head and the motor head attachment moves perpendicularly to a longitudinal axis of the motor in order to pulsate the stimulation point of the stimulation end in an isolated manner upon being activated via the control button while maintaining the stimulation end stationary.\n\nAs shown in Pics. 5 and 6 above, and as shown in Pics. 7, 8, 9, and 10 below, the motor head (110) and the motor head attachment (111) of the Infringing Product move linearly in an up-and-down direction and perpendicular to a longitudinal axis of the motor (109) driven by the motor (109). Thus, the stimulation point (103) of the stimulation end is pulsated in an isolated manner upon being activated via the control button while maintaining the stimulation end stationary.\n\n\nPic. 7 |

5

USP 9,889,064 – Jesslyn

| Claim 1 | Infringing Product |
|---|---|
| | <br><br>Pic. 8<br><br>Pic. 9<br><br>Pic. 10 |

USP 9,889,064 – Jesslyn

| Claim 8 | Infringing Product |
|---|---|
| **[8.0]** A sexual stimulation device, comprising: | The Infringing Product is a sexual stimulation device.<br><br>The Infringer maintains an Online Store (shown in Pic. 1), and offers to sell and/or sells a wide range of stimulation devices in the United States, including at least the Infringing Product available at https://www.honeyplaybox.com/collections/app-controlled-toys/products/ryder-app-controlled-vibrator (last visited September 30, 2025). *See* Pics. 12 and 13 below.<br><br><br><br>Pic. 11 (Online Store)<br><br>Pic. 12 (Infringing Product)<br><br>Pic. 12 is a dynamic image illustrating that the Infringing Product has |

USP 9,889,064 – Jesslyn

| Claim 8 | Infringing Product |
|---|---|
| | tapping functionality when being operated, which "offers 7 vibration and tapping patterns for interior G-spot massage and exterior clit stimulation" *See* Pic. 13 below.<br><br><br><br>Pic. 13 (Details of Infringing Product) |
| **[8.1]** an elongated member enclosing a motor connected to a motor head, wherein said motor is connected to a power supply; | The Infringing Product includes an elongated member enclosing a motor connected to a motor head, wherein the motor is connected to a power supply.<br><br>As shown in Pic. 14 below, the Infringing Product has an elongated member (104), and the elongated member (104) encloses a motor (109) connected to a motor head (110). The motor is connected to a power supply (108). |

8

USP 9,889,064 – Jesslyn

| Claim 8 | Infringing Product |
|---|---|
| |  Pic. 14 |
| **[8.2]** said motor head having a motor head attachment and silicone embedded connector thereon; | The motor head of the Infringing Product includes a motor head attachment and a silicone embedded connector thereon.<br><br>As shown in Pics. 15 and 16 below, the motor head (110) of the Infringing Product has a motor head attachment (111), and there is a silicone embedded connector (112) on the motor head attachment (111).<br><br>Pic. 15 |

9

USP 9,889,064 – Jesslyn

| Claim 8 | Infringing Product |
|---|---|
| | <br>Pic. 16 |
| **[8.3]** said motor configured to move said motor head attachment and said silicone embedded connector linearly in an up-and-down direction and perpendicular to a longitudinal axis of said motor, thereby pulsating said motor head attachment and said silicone embedded connector therewith in order to move an isolated point of said elongated member. | The motor of the Infringing Product is configured to move the motor head attachment and the silicone embedded connector linearly in an up-and-down direction and perpendicular to a longitudinal axis of the motor, thereby pulsating the motor head attachment and the silicone embedded connector therewith to move an isolated point of the elongated member.<br><br>As shown in Pics. 15 and 16 above, and as shown in Pics. 17, 18, and 19 below, the motor (109) of the Infringing Product moves the motor head attachment (111) and the silicone embedded connector (112) linearly in an up-and-down direction and perpendicular to a longitudinal axis of the motor (109), thereby pulsating the motor head attachment (111) and the silicone embedded connector (112) therewith to move an isolated point (103) of the elongated member. |

USP 9,889,064 – Jesslyn

| Claim 8 | Infringing Product |
|---|---|
| | Pic. 17<br><br>Pic. 18<br><br>Pic. 19 |

11