# Exhibit C

USP 12,318,987 – Honey Play Box Application Coupled with Oly 2 Vibrator

## INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 12,193,987

Set forth below is an exemplary infringement claim chart for claims 1, 15, and 16 of U.S. Patent No. 12,193,987 (the "'987 Patent"), owned by Hytto Pte. Ltd. ("Hytto"), against Honey Play Box's ("Infringer") Application coupled with Oly 2 vibrator (collectively the "Infringing Product"), based on evidence and information presently available to Hytto. Moreover, the following products by the Infringer, when coupled with the Honey Play Box Application, also infringe at least one claim of the '987 Patent—

Joi Thrust 2 vibrator, Melody vibrator, Pearl 2 vibrator, Thrill vibrator, Tressa stimulator, Cyrus massager, Luis stimulator.


It is noted that the chart is drafted without the benefit of discovery. Hytto reserves the right to modify or supplement the chart and/or infringement theory as appropriate.

1

USP 12,318,987 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 1 | Infringing Product |
|---|---|
| **[1.0]** A system, comprising: | The Infringer offers to sell and/or sells a wide range of instrumentalities (hardware and software) for controlling accessories (e.g., sexual toys) in the United States, including at least the Infringing Product.<br><br>In this infringement claim chart, the Honey Play Box hardware product being demonstrated is the OLY 2 Wearable Clit & G-Spot Vibrator, available at https://www.honeyplaybox.com/products/oly-2?variant=44819454263515 (last visited December 16, 2025), and the Honey Play Box Application product being demonstrated is available at https://www.honeyplaybox.com/pages/app-download (last visited December 16, 2025) and is also available at Google Play Store (last visited December 8, 2025, *See* Pic. 1 below).<br><br><br>Pic. 1<br><br>The Infringing Product has a user guide page demonstrating a system for controlling an accessory (e.g., sexual toy), available at https://www.honeyplaybox.com/pages/app-download (last visited December 16, 2025, *See* Pic. 2 below) and is also available at https://www.honeyplaybox.com/pages/how-to-use-honeyplaybox-remote-app (last visited December 16, 2025, *See* Pic. 3 below). |

USP 12,318,987 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 1 | Infringing Product |
|---|---|
| | <br><br>Pic. 2<br><br>Pic. 3<br><br>The Infringing Product has a system for controlling an accessory (e.g., sexual toy). *See* Pic. 4 below. Pic. 4 is a screenshot from 00:25 to 00:26 in a demonstration video for the operations of the Infringing Product, available at https://www.youtube.com/shorts/XR3of_AFY9w (last visited December 16, 2025). |

USP 12,318,987 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 1 | Infringing Product |
|---|---|
| | <br>Pic. 4<br><br>The Infringer directly infringes claim 1 of the '987 Patent under 35 U.S.C. § 271(a) by practicing each and every limitation of the system embodied therein. For example, engineers of the Infringer have tested the Honey Play Box App on a user device installed with the Honey Play Box App and connected to one of the Honey Play Box hardware products, e.g., Oly 2 vibrator.<br><br>The Infringer indirectly infringes claim 1 of the '987 Patent under 35 U.S.C. § 271(b) by actively inducing other users to practice each and every limitation of the system embodied therein. For example, the Infringer provides a user guide webpage to teach the users to use the Infringing Product in an infringing manner. *See* https://www.honeyplaybox.com/pages/how-to-use-honeyplaybox-remote-app.<br><br>The Infringer indirectly infringes claim 1 of the '987 Patent under 35 U.S.C. § 271(c) by offering to sell or selling within the United States the Honey Play Box App and one or more Honey Play Box hardware products (e.g., Oly 2 vibrator), which constitutes a material part of the claimed invention and is not a staple article or commodity of commerce suitable for substantial noninfringing use. For example, the Honey Play Box App, once installed on a user device and connected to a Honey Play Box hardware product, can be used only in an infringing manner. |

USP 12,318,987 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 1 | Infringing Product |
|---|---|
|  |  |
| **[1.1]** an accessory control module, comprising computer-executable code stored in non-volatile memory; and | As shown in Pic. 4 above, the user device is a system (e.g., smartphone) that includes an accessory control module, comprising computer-executable code stored in non-volatile memory. When the instructions are executed by the processor, the operations that follow are performed by the system. |
| **[1.2]** a processor; wherein the computer-executable code, when operating on the processor, causes the system to: | As shown in Pic. 4 above, the user device is a system (e.g., smartphone) that includes a processor. When the computer-executable code is being carried out on the processor, the following operations are performed by the system. |
| **[1.3]** activate an application installed in a device of a human user; | As shown in Pics. 5 below, the Infringing Product establishes a local connection between a device of a user and an accessory of the user through an application installed on the device of the user. When the user operates the installed application on the device of the user, the system activates the application.<br><br>Pic. 5 is a screenshot from 00:00 to 00:01 in a demonstration video for the operations of the Infringing Product, available at, https://www.youtube.com/shorts/XR3of_AFY9w (last visited December 16, 2025). |

5

USP 12,318,987 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 1 | Infringing Product |
|---|---|
| | <br>Pic. 5 |
| **[1.4]** establish communication between the device of the human user and an accessory based on the application, the accessory including a motor or a heater, wherein the device and the accessory are separate units; | As shown in Pics. 6-7 below, the Infringing Product establishes communication between the device of the user and an accessory based on the application, the accessory including a motor or a heater, wherein the device and the accessory are separate units.<br><br>Pic. 6 is a screenshot from 00:14 to 00:17 in the demonstration video for the operations of the Infringing Product, available at https://www.youtube.com/shorts/XR3of_AFY9w (last visited December 16, 2025). Pic. 7 illustrates that the Honey Play Box hardware product being demonstrated is the OLY 2 Wearable Clit & G-Spot Vibrator, available at https://www.honeyplaybox.com/products/oly-2?variant=44819454263515 (last visited December 16, 2025). |

USP 12,318,987 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 1 | Infringing Product |
|---|---|
| | <br><br>Pic. 6<br><br>Pic. 7 |
| **[1.5]** receive or obtain audio data using an audio sensor or an audio processing unit of the device; | As shown in Pic. 3 above and Pics. 9-10 below, the Infringing Product receives or obtains audio data using an audio sensor or an audio processing unit of the device.<br><br>After the user taps on a song on the Honey Play Box App, the accessory will vibrate. Additionally, the user can select music files stored locally on the phone to play.<br><br>Pic. 8 is a screenshot from 00:32 to 00:35 in the demonstration video for the operations of the Infringing Product, available at, https://www.youtube.com/shorts/XR3of_AFY9w (last visited |

7

USP 12,318,987 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 1 | Infringing Product |
|---|---|
| | December 16, 2025). <br><br> Pic. 9 is a screenshot from 00:35 to 00:36 in the demonstration video for the operations of the Infringing Product, available at, https://youtube.com/shorts/aMfOmPN1pGU?feature=share (last visited December 16, 2025). <br><br> <br><br> Pic. 8 <br><br> <br><br> Pic. 9 |
| **[1.6]** identify at least one parameter of the audio data, the at least one | As shown in Pics. 10 below, the Infringing Product identifies at least one parameter of the audio data, the at least one parameter having one or more parameter values. <br><br> Pic. 10 is software code of the Honey Play Box APP. By analyzing the |

USP 12,318,987 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 1 | Infringing Product |
|---|---|
| parameter having one or more parameter values including: | APP's software code, it is clear that the Honey Play Box APP analyzes audio data in real-time to obtain the corresponding audio parameter values.<br><br><br><br>Pic. 10 |
| **[1.7]** decomposing a data file of the audio data in real-time to obtain the one or more parameter values; and | As shown in Pic. 10 above, the Infringing Product decomposes a data file of the audio data in real-time to obtain the one or more parameter values. |
| **[1.8]** converting the one or more parameter values into one or more action signals that control the accessory at a parameter-dependent | As shown in Pic. 11 below, the Infringing Product converts the one or more parameter values into one or more action signals that control the accessory at a parameter-dependent intensity that is a motion amplitude of the accessory to sexually stimulate the user.<br><br>Pic. 11 is a screenshot from 00:36 to 00:37 in the demonstration video for the operations of the Infringing Product, available at, https://youtube.com/shorts/aMfOmPN1pGU?feature=share (last visited December 16, 2025). |

9

USP 12,318,987 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 1 | Infringing Product |
|---|---|
| intensity that is a motion amplitude of the accessory to sexually stimulate the human user; | <br><br>Pic. 11 |
| **[1.9]** convert the one or more parameter values into the one or more action signals, including converting the one or more parameter values proportionally or inversely proportionally into said one or more action signals having intensity values for controlling the motor or the heater; | As shown in Pic. 11 above, the Infringing Product converts the one or more parameter values into the one or more action signals, including converting the one or more parameter values proportionally or inversely proportionally into the one or more action signals having intensity values for controlling the motor or the heater. |
| **[1.10]** play the audio data through a media player to obtain a sessionID, and obtain a corresponding visualizer through | As shown in Pics. 10-11 above and Pic. 12 below, the Infringing Product plays the audio data through a media player to obtain a sessionID, and obtain a corresponding visualizer through the sessionID to obtain an audio spectrum, the visualizer being of a display of the device that has the audio sensor or the audio processing unit.<br><br>Pic. 12 is software code of the Honey Play Box APP, it shows that the |

USP 12,318,987 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 1 | Infringing Product |
|---|---|
| the sessionID to obtain an audio spectrum, the visualizer being of a display of the device that has the audio sensor or the audio processing unit; and | Honey Play Box APP plays audio data through a media player to obtain a sessionID, and obtains the corresponding visualizer tool through the sessionID, thereby acquiring the audio spectrum. Additionally, the visualizer tool can be used to display the audio spectrum on the phone's display (*See* Pic. 11 above and Pic. 12 below).<br><br>```
this.f2201d = new MediaPlayer();
Log.i("PluginFftPlugin", "执行 初始化操作 mediaPlayer" + this.f2201d);
Visualizer visualizer2 = new Visualizer(this.f2201d.getAudioSessionId());
this.f2202e = visualizer2;
visualizer2.setCaptureSize(Visualizer.getCaptureSizeRange()[1]);
Log.i("PluginFftPlugin", "执行 初始化操作 mVisualizer" + this.f2202e);
this.f2202e.setDataCaptureListener(this.f2206i, Visualizer.getMaxCaptureRate() / 4, false, true);
```<br><br>Pic. 12 |
| **[1.11]** control, based on sending the one or more action signals from the device to the accessory, the motor or the heater using the one or more action signals to perform a predefined act of the accessory at the parameter-dependent intensity; wherein the predefined act sexually stimulates the human user. | As shown in Pic. 11 above, the Infringing Product controls, based on sending the one or more action signals from the device to the accessory, the motor or the heater using the one or more action signals to perform a predefined act of the accessory at the parameter-dependent intensity; wherein the predefined act sexually stimulates the user. |

11

USP 12,318,987 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 15 | Infringing Product |
|---|---|
| **[15.0]** A non-transitory computer-readable storage medium comprising computer-executable instructions that, when executed by at least one processor of a device of a human user, causes the device to perform a method, comprising: | The Infringer offers to sell and/or sells a wide range of instrumentalities (hardware and software) for controlling accessories (e.g., sexual toys) in the United States, including at least the Infringing Product. The software of the Infringing Product, i.e., Honey Play Box App, can be installed on a device of a user device which includes a non-transitory computer-readable storage medium storing computer-executable instructions associated with the Infringing Product. In addition, it is common knowledge that such device includes at least a processor.<br><br>In this infringement claim chart, the Honey Play Box hardware product being demonstratedis the OLY 2 Wearable Clit & G-Spot Vibrator, available at https://www.honeyplaybox.com/products/oly-2?variant=44819454263515 (last visited December 16, 2025), and the Honey Play Box Application product being demonstrated is available at https://www.honeyplaybox.com/pages/app-download (last visited December 16, 2025) and is also available at Google Play Store (last visited December 8, 2025, *See* Pic. 1 below).<br><br><br><br>Pic. 1<br><br>The Infringing Product has a user guide page demonstrating a system for controlling an accessory (e.g., sexual toy) , available at https://www.honeyplaybox.com/pages/app-download (last visited December 16, 2025, *See* Pic. 2 below) and is also available at https://www.honeyplaybox.com/pages/how-to-use-honeyplaybox-remote-app (last visited December 16, 2025, *See* Pic. 3 below). |

USP 12,318,987 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 15 | Infringing Product |
|---|---|
|  | <br><br>Pic. 2<br><br>Pic. 3<br><br>The Infringing Product is configured for controlling an accessory (e.g., sexual toy). *See* Pic. 4 below. Pic. 4 is a screenshot from 00:25 to 00:26 in a demonstration video for the operations of the Infringing Product, available at https://www.youtube.com/shorts/XR3of_AFY9w (last visited December 16, 2025). |

13

USP 12,318,987 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 15 | Infringing Product |
|---|---|
| |  Pic. 4 The Infringer directly infringes claim 15 of the '987 Patent under 35 U.S.C. § 271(a) by practicing, on a user device, the method embodied therein. For example, engineers of the Infringer have tested the Honey Play Box App on a user device installed with the Honey Play Box App and connected to one of the Honey Play Box hardware products, e.g., Oly 2 vibrator. The Infringer indirectly infringes claim 15 of the '987 Patent under 35 U.S.C. § 271(b) by actively inducing other users to practice, on the user device, the method embodied therein. For example, the Infringer provides a user guide webpage to teach the users to use the Infringing Product in an infringing manner. *See* https://www.honeyplaybox.com/pages/how-to-use-honeyplaybox-remote-app. The Infringer indirectly infringes claim 15 of the '987 Patent under 35 U.S.C. § 271(c) by offering to sell or selling within the United States the Honey Play Box App and one or more Honey Play Box hardware products (e.g., Oly 2 vibrator), which constitutes a material part of the claimed invention and is not a staple article or commodity of commerce suitable for substantial noninfringing use. For example, the Honey Play Box App, once installed on a user device and connected to a Honey Play Box hardware product, can be used only in an infringing manner. |

USP 12,318,987 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 15 | Infringing Product |
|---|---|
| | |
| **[15.1]** activating an application installed in the device of the human user; | As shown in Pics. 5 below, the Infringing Product establishes a local connection between a device of a user and an accessory of the user through an application installed on the device of the user. When the user operates the installed application on the device of the user, the system activates the application.<br><br>Pic. 5 is a screenshot from 00:00 to 00:01 in a demonstration video for the operations of the Infringing Product, available at, https://www.youtube.com/shorts/XR3of_AFY9w (last visited December 16, 2025).<br><br><br>Pic. 5 |
| **[15.2]** establishing communication between the device of the human user and an accessory based on the application, the accessory including a motor or a heater, wherein the device and the | As shown in Pics. 6-7 below, the Infringing Product establishes communication between the device of the user and an accessory based on the application, the accessory including a motor or a heater, wherein the device and the accessory are separate units.<br><br>Pic. 6 is a screenshot from 00:14 to 00:17 in the demonstration video for the operations of the Infringing Product, available at https://www.youtube.com/shorts/XR3of_AFY9w (last visited December 16, 2025). Pic. 7 illustrates that the Honey Play Box hardware product being demonstrated is the OLY 2 Wearable Clit & G-Spot Vibrator, available at https://www.honeyplaybox.com/products/oly-2?variant=44819454263515 (last visited December 16, 2025). |

15

USP 12,318,987 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 15 | Infringing Product |
|---|---|
| accessory are separate units; | <br><br>Pic. 6<br><br>Pic. 7 |
| **[15.3]** receiving or obtaining audio data using an audio sensor or an audio processing unit of the device; identifying at least one parameter of the audio data, the at | As shown in Pic. 3 above and Pics. 9-10 below, the Infringing Product receives or obtains audio data using an audio sensor or an audio processing unit of the device.<br><br>After the user taps on a song on the Honey Play Box App, the accessory will vibrate. Additionally, the user can select music files stored locally on the phone to play.<br><br>Pic. 8 is a screenshot from 00:32 to 00:35 in the demonstration video for the operations of the Infringing Product, available at, https://www.youtube.com/shorts/XR3of_AFY9w (last visited |

16

USP 12,318,987 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 15 | Infringing Product |
|---|---|
| least one parameter having one or more parameter values; | December 16, 2025).<br><br>Pic. 9 is a screenshot from 00:35 to 00:36 in the demonstration video for the operations of the Infringing Product, available at, https://youtube.com/shorts/aMfOmPN1pGU?feature=share (last visited December 16, 2025).<br><br><br>Pic. 8<br><br><br>Pic. 9 |
| **[15.4]** identifying at least one parameter of the audio data, the at | As shown in Pics. 10 below, the Infringing Product identifies at least one parameter of the audio data, the at least one parameter having one or more parameter values. |

17

USP 12,318,987 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 15 | Infringing Product |
|---|---|
| least one parameter having one or more parameter values; | Pic. 10 is software code of the Honey Play Box APP. By analyzing the APP's software code, it is clear that the Honey Play Box APP analyzes audio data in real-time to obtain the corresponding audio parameter values.<br><br><br><br>Pic. 10 |
| **[15.5]** decomposing a data file of the audio data in real-time to obtain the one or more parameter values; and | As shown in Pic. 10 above, the Infringing Product decomposes a data file of the audio data in real-time to obtain the one or more parameter values. |
| **[15.6]** converting the one or more parameter values into one or more action signals that control the accessory at a parameter- | As shown in Pic. 11 below, the Infringing Product converts the one or more parameter values into one or more action signals that control the accessory at a parameter-dependent intensity that is a motion amplitude of the accessory to sexually stimulate the user.<br><br>Pic. 11 is a screenshot from 00:36 to 00:37 in the demonstration video for the operations of the Infringing Product, available at, https://youtube.com/shorts/aMfOmPN1pGU?feature=share (last |

USP 12,318,987 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 15 | Infringing Product |
|---|---|
| dependent intensity that is a motion amplitude of the accessory to sexually stimulate the human user; | visited December 16, 2025).<br><br><br><br>Pic. 11 |
| **[15.7]** convert the one or more parameter values into the one or more action signals, including converting the one or more parameter values proportionally or inversely proportionally into said one or more action signals having intensity values for controlling the motor or the heater; | As shown in Pic. 11 above, the Infringing Product converts the one or more parameter values into the one or more action signals, including converting the one or more parameter values proportionally or inversely proportionally into the one or more action signals having intensity values for controlling the motor or the heater. |
| **[15.8]** play the audio data through a media player to obtain a sessionID, and obtain a corresponding | As shown in Pics. 10-11 above and Pic. 12 below, the Infringing Product plays the audio data through a media player to obtain a sessionID, and obtain a corresponding visualizer through the sessionID to obtain an audio spectrum, the visualizer being of a display of the device that has the audio sensor or the audio processing unit. |

19

USP 12,318,987 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 15 | Infringing Product |
|---|---|
| visualizer through the sessionID to obtain an audio spectrum, the visualizer being of a display of the device that has the audio sensor or the audio processing unit; and | Pic. 12 is software code of the Honey Play Box APP, it shows that the Honey Play Box APP plays audio data through a media player to obtain a sessionID, and obtains the corresponding visualizer tool through the sessionID, thereby acquiring the audio spectrum. Additionally, the visualizer tool can be used to display the audio spectrum on the phone's display (*See* Pic. 11 above and Pic. 12 below).<br><br>```\nthis.f2201d = new MediaPlayer();\nLog.i("PluginFftPlugin", "执行 初始化操作 mediaPlayer" + this.f2201d);\nVisualizer visualizer2 = new Visualizer(this.f2201d.getAudioSessionId());\nthis.f2202e = visualizer2;\nvisualizer2.setCaptureSize(Visualizer.getCaptureSizeRange()[1]);\nLog.i("PluginFftPlugin", "执行 初始化操作 mVisualizer" + this.f2202e);\nthis.f2202e.setDataCaptureListener(this.f2206i, Visualizer.getMaxCaptureRate() / 4, false, true);\n```<br><br>Pic. 12 |
| **[15.9]** controlling, based on sending the one or more action signals from the device to the accessory, the motor or the heater using the one or more action signals to perform a predefined act of the accessory at the parameter-dependent intensity; wherein the predefined act sexually stimulates the human user. | As shown in Pic. 11 above, the Infringing Product controls, based on sending the one or more action signals from the device to the accessory, the motor or the heater using the one or more action signals to perform a predefined act of the accessory at the parameter-dependent intensity; wherein the predefined act sexually stimulates the user. |

USP 12,318,987 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 16 | Infringing Product |
|---|---|
| **[16.0]** A method, comprising: | The Infringer offers to sell and/or sells a wide range of instrumentalities (hardware and software) for controlling accessories (e.g., sexual toys) in the United States, including at least the Infringing Product.<br><br>In this infringement claim chart, the Honey Play Box hardware product being demonstrated is the OLY 2 Wearable Clit & G-Spot Vibrator, available at https://www.honeyplaybox.com/products/oly-2?variant=44819454263515 (last visited December 16, 2025), and the Honey Play Box Application product being demonstrated is available at https://www.honeyplaybox.com/pages/app-download (last visited December 16, 2025) and is also available at Google Play Store (last visited December 8, 2025, *See* Pic. 1 below).<br><br><br><br>Pic. 1<br><br>The Infringing Product has a user guide page demonstrating a system for controlling an accessory (e.g., sexual toy), available at https://www.honeyplaybox.com/pages/app-download (last visited December 16, 2025, *See* Pic. 2 below) and is also available at https://www.honeyplaybox.com/pages/how-to-use-honeyplaybox-remote-app (last visited December 16, 2025, *See* Pic. 3 below). |

USP 12,318,987 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 16 | Infringing Product |
|---|---|
| |  |

Pic. 2

Pic. 3

The Infringing Product is configured for controlling an accessory (e.g., sexual toy). *See* Pic. 4 below. Pic. 4 is a screenshot from 00:25 to 00:26 in a demonstration video for the operations of the Infringing Product, available at https://www.youtube.com/shorts/XR3of_AFY9w (last visited December 16, 2025).

22

USP 12,318,987 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 16 | Infringing Product |
|---|---|
| |  Pic. 4 The Infringer directly infringes claim 16 of the '987 Patent under 35 U.S.C. § 271(a) by practicing the method embodied therein. For example, engineers of the Infringer have tested the Honey Play Box App on a user device installed with the Honey Play Box App and connected to one of the Honey Play Box hardware products, e.g., Oly 2 vibrator. The Infringer indirectly infringes claim 16 of the '987 Patent under 35 U.S.C. § 271(b) by actively inducing other users to practice the method embodied therein. For example, the Infringer provides a user guide webpage to teach the users to use the Infringing Product in an infringing manner. *See* https://www.honeyplaybox.com/pages/how-to-use-honeyplaybox-remote-app. The Infringer indirectly infringes claim 16 of the '987 Patent under 35 U.S.C. § 271(c) by offering to sell or selling within the United States the Honey Play Box App and one or more Honey Play Box hardware products (e.g., Oly 2 vibrator), which constitutes a material part of the claimed invention and is not a staple article or commodity of commerce suitable for substantial noninfringing use. For example, the Honey Play Box App, once installed on a user device and connected to a Honey Play Box hardware product, can be used only in an infringing manner. |

23

USP 12,318,987 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 16 | Infringing Product |
|---|---|
| **[16.1]** activating an application installed in the device of the human user; | As shown in Pics. 5 below, the Infringing Product establishes a local connection between a device of a user and an accessory of the user through an application installed on the device of the user. When the user operates the installed application on the device of the user, the system activates the application.<br><br>Pic. 5 is a screenshot from 00:00 to 00:01 in a demonstration video for the operations of the Infringing Product, available at, https://www.youtube.com/shorts/XR3of_AFY9w (last visited December 16, 2025).<br><br><br>Pic. 5 |
| **[16.2]** establishing communication between the device of the human user and an accessory based on the application, the accessory including a motor or a heater, wherein the device and the accessory are | As shown in Pics. 6-7 below, the Infringing Product establishes communication between the device of the user and an accessory based on the application, the accessory including a motor or a heater, wherein the device and the accessory are separate units.<br><br>Pic. 6 is a screenshot from 00:14 to 00:17 in the demonstration video for the operations of the Infringing Product, available at https://www.youtube.com/shorts/XR3of_AFY9w (last visited December 16, 2025). Pic. 7 illustrates that the Honey Play Box hardware product being demonstrated is the OLY 2 Wearable Clit & G-Spot Vibrator, available at https://www.honeyplaybox.com/products/oly-2?variant=44819454263515 (last visited December 16, 2025). |

24

USP 12,318,987 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 16 | Infringing Product |
|---|---|
| separate units; | Pic. 6<br><br>Pic. 7 |
| **[16.3]** receiving or obtaining audio data using an audio sensor or an audio processing unit of the device; identifying at least one parameter of the audio data, the at | As shown in Pic. 3 above and Pics. 9-10 below, the Infringing Product receives or obtains audio data using an audio sensor or an audio processing unit of the device.<br><br>After the user taps on a song on the Honey Play BoxApp, the accessory will vibrate. Additionally, the user can select music files stored locally on the phone to play.<br><br>Pic. 8 is a screenshot from 00:32 to 00:35 in the demonstration video for the operations of the Infringing Product, available at, https://www.youtube.com/shorts/XR3of_AFY9w (last visited |

25

USP 12,318,987 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 16 | Infringing Product |
|---|---|
| least one parameter having one or more parameter values; | December 16, 2025).<br><br>Pic. 9 is a screenshot from 00:35 to 00:36 in the demonstration video for the operations of the Infringing Product, available at, https://youtube.com/shorts/aMfOmPN1pGU?feature=share (last visited December 16, 2025).<br><br>Pic. 8<br><br>Pic. 9 |
| [16.4] identifying at least one parameter of the audio data, the at least one | As shown in Pics. 10 below, the Infringing Product identifies at least one parameter of the audio data, the at least one parameter having one or more parameter values.<br><br>Pic. 10 is software code of the Honey Play BoxAPP. By analyzing the |

26

USP 12,318,987 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 16 | Infringing Product |
|---|---|
| parameter having one or more parameter values; | APP's software code, it is clear that the Honey Play Box APP analyzes audio data in real-time to obtain the corresponding audio parameter values.<br><br><br><br>Pic. 10 |
| [16.5] decomposing a data file of the audio data in real-time to obtain the one or more parameter values; and | As shown in Pic. 10 above, the Infringing Product decomposes a data file of the audio data in real-time to obtain the one or more parameter values. |
| [16.6] converting the one or more parameter values into one or more action signals that control the accessory at a parameter-dependent | As shown in Pic. 11 below, the Infringing Product converts the one or more parameter values into one or more action signals that control the accessory at a parameter-dependent intensity that is a motion amplitude of the accessory to sexually stimulate the user.<br><br>Pic. 11 is a screenshot from 00:36 to 00:37 in the demonstration video for the operations of the Infringing Product, available at, https://youtube.com/shorts/aMfOmPN1pGU?feature=share (last visited December 16, 2025). |

27

USP 12,318,987 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 16 | Infringing Product |
|---|---|
| intensity that is a motion amplitude of the accessory to sexually stimulate the human user; | <br><br>Pic. 11 |
| **[16.7]** convert the one or more parameter values into the one or more action signals, including converting the one or more parameter values proportionally or inversely proportionally into said one or more action signals having intensity values for controlling the motor or the heater; | As shown in Pic. 11 above, the Infringing Product converts the one or more parameter values into the one or more action signals, including converting the one or more parameter values proportionally or inversely proportionally into the one or more action signals having intensity values for controlling the motor or the heater. |
| **[16.8]** play the audio data through a media player to obtain a sessionID, and obtain a corresponding visualizer through | As shown in Pics. 10-11 above and Pic. 12 below, the Infringing Product plays the audio data through a media player to obtain a sessionID, and obtain a corresponding visualizer through the sessionID to obtain an audio spectrum, the visualizer being of a display of the device that has the audio sensor or the audio processing unit.<br><br>Pic. 12 is software code of the Honey Play Box APP, it shows that the |

USP 12,318,987 – Honey Play Box Application Coupled with Oly 2 Vibrator

| Claim 16 | Infringing Product |
|---|---|
| the sessionID to obtain an audio spectrum, the visualizer being of a display of the device that has the audio sensor or the audio processing unit; and | Honey Play Box APP plays audio data through a media player to obtain a sessionID, and obtains the corresponding visualizer tool through the sessionID, thereby acquiring the audio spectrum. Additionally, the visualizer tool can be used to display the audio spectrum on the phone's display (*See* Pic. 11 above and Pic. 12 below).<br><br>```\nthis.f2201d = new MediaPlayer();\nLog.i("PluginFftPlugin", "执行 初始化操作 mediaPlayer" + this.f2201d);\nVisualizer visualizer2 = new Visualizer(this.f2201d.getAudioSessionId());\nthis.f2202e = visualizer2;\nvisualizer2.setCaptureSize(Visualizer.getCaptureSizeRange()[1]);\nLog.i("PluginFftPlugin", "执行 初始化操作 mVisualizer" + this.f2202e);\nthis.f2202e.setDataCaptureListener(this.f2206i, Visualizer.getMaxCaptureRate() / 4, false, true);\n```<br><br>Pic. 12 |
| [16.9] controlling, based on sending the one or more action signals from the device to the accessory, the motor or the heater using the one or more action signals to perform a predefined act of the accessory at the parameter-dependent intensity; wherein the predefined act sexually stimulates the human user. | As shown in Pic. 11 above, the Infringing Product controls, based on sending the one or more action signals from the device to the accessory, the motor or the heater using the one or more action signals to perform a predefined act of the accessory at the parameter-dependent intensity; wherein the predefined act sexually stimulates the user. |