# Exhibit G

USP 9,762,515 – Vibe-Connect Coupled with HPB Hardware Product

## INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 9,762,515

Set forth below is an exemplary infringement claim chart for claim 1 of U.S. Patent No. 9,762,515 (the "'515 Patent"), owned by Hytto Pte. Ltd. ("Hytto"), against Honey Play Box ("Infringer") for its direct and indirect infringement committed by and through the Vibe-Connect software product coupled with Honey Play Box hardware product, such as a VIBROSA vibrator (collectively the "Infringing Product"), based on evidence and information presently available to Hytto. It is noted that the chart is drafted without the benefit of discovery. Hytto reserves the right to modify or supplement the chart and/or infringement theories as appropriate.

1

USP 9,762,515 – Vibe-Connect Coupled with HPB Hardware Product

| Claim 1 | Infringing Product |
|---|---|
| **[1.0]** A system for providing online communication, comprising:<br><br>**[1.1]** an operable adult toy configured to receive signals; | The Infringer provides tools for cam models to interact with users (e.g., Chaturbate members) online.<br><br>In this infringement claim chart, the Infringing Product being demonstrated includes the Vibe-Connect software product available at https://www.honeyplaybox.com/pages/camming-download (last visited May 27, 2026).<br><br><br><br>Pic. 1<br><br>The Infringing Product being demonstrated further includes the exemplary Honey Play Box VIBROSA vibrator hardware product that is configured to receive signals as shown in Pics. 2 and 3, available at https://www.honeyplaybox.com/collections/app-controlled-g-spot-toys/products/vibrosa-app-controlled-pressure-sensing-egg-vibrator?variant=47716162011355 (last visited May 27, 2026).<br><br>Pic. 2 |

USP 9,762,515 – Vibe-Connect Coupled with HPB Hardware Product

| Claim 1 | Infringing Product |
|---|---|
| | <br><br>Pic. 3<br><br>The Infringing Product has a user guide page demonstrating a system for providing online communication as shown in Pic. 4, available at https://www.honeyplaybox.com/pages/camming-download (last visited May 27, 2026).<br><br>Pic. 4<br><br>The Infringing Product has a system for providing online communication. *See* Pics. 5 and 6 below. Pics. 5 and 6 are screenshots from 0:34 to 0:36 in a Youtube video for the operations of the Infringing Product including Vibe-Connect software product and Honey Play Box hardware product (e.g., VIBROSA vibrator), available at https://honeyplaybox.com/pages/camming-download (last visited May 27, 2026). |

3

USP 9,762,515 – Vibe-Connect Coupled with HPB Hardware Product

| Claim 1 | Infringing Product |
|---|---|
|  |  |

Pic. 5

Pic. 6

The Infringer directly infringes claim 1 of the '515 Patent under 35 U.S.C. § 271(a) by practicing each and every limitation of the system embodied therein. For example, engineers of the Infringer have tested the Vibe-Connect software product on a user terminal (e.g., smartphone or personal computer) installed with the Vibe-Connect software product and connected to one of the Honey Play Box hardware products, e.g., VIBROSA vibrator.

The Infringer indirectly infringes claim 1 of the '515 Patent under 35 U.S.C. § 271(b) by actively inducing other users to practice each and every limitation of the system embodied therein. For example, the Infringer provides a user guide webpage to teach the users to use the Infringing Product in an infringing manner. *See* https://honeyplaybox.com/pages/camming-download (last visited

USP 9,762,515 – Vibe-Connect Coupled with HPB Hardware Product

| Claim 1 | Infringing Product |
|---|---|
|  | May 27, 2026).<br><br>The Infringer indirectly infringes claim 1 of the '515 Patent under 35 U.S.C. § 271(c) by offering to sell or selling within the United States the Vibe-Connect software product and one or more Honey Play Box hardware products (e.g., VIBROSA vibrator), which constitutes a material part of the claimed invention and is not a staple article or commodity of commerce suitable for substantial non-infringing use. For example, the Vibe-Connect software product, once installed on a user terminal and connected to a Honey Play Box hardware product, can be used only in an infringing manner. |
| **[1.2]** a memory having stored thereon instructions; | As shown in Pics. 2 and 3 above, either one of the user terminals (e.g., smartphone or personal computer) includes a memory device having a set of instructions stored thereon. As demonstrated by the ability to download the software, the user terminal would include memory to store the software (e.g., instructions). |
| **[1.3]** a processor to execute said instructions resulting in a software application; | As shown in Pics. 2 and 3 above, either one of the user terminals (e.g., smartphone or personal computer) includes a processor. When the downloaded software in the form of executable instructions is operated by a user terminal, the instructions contained therein would be executed by a processor to run the software application. |
| **[1.4]** said software application configured to:<br><br>**[1.4a]** define tip parameters, wherein said tip parameters comprise one or more ranges of tip amounts and actions correlating to each of said one or more ranges; | The Vibe-Connect software product, as part of the Infringing Product, is configured to define tip parameters, which comprise one or more ranges of tip amounts and actions correlating to each of the one or more ranges.<br><br>Pics. 7 and 8 are screenshots from 00:53 to 00:59 in a tutorial video (*see* https://www.honeyplaybox.com/pages/camming-download) for the operations of the Infringing Product, demonstrating Tips Rule defining several tip parameters which includes one or more tip ranges and actions correlating to each of the one or more ranges. |

5

USP 9,762,515 – Vibe-Connect Coupled with HPB Hardware Product

| Claim 1 | Infringing Product |
|---|---|
| | <br><br>Pic. 7<br><br>Pic. 8<br><br>The Infringing Product contains a Tips Rule defining several tip parameters   which includes one or more tip range (such as [5, 10], [11, 20], [21, 50], [51, 100] and etc.), and each tip range is associated with a correlating action (e.g., 5 Sec Reaction Time, 10 Sec Reaction Time, 20 Sec Reaction Time, 30 Sec Reaction Time, etc.).   Pic. 9 is a   screenshot   at   0:05   in   the   Youtube   video,   available   at https://www.youtube.com/watch?v=KrbWrdoxbsQ (last visited May 27, 2026), for the operations of the Infringing Product. |

6

USP 9,762,515 – Vibe-Connect Coupled with HPB Hardware Product

| Claim 1 | Infringing Product |
|---|---|
| | Pic. 9 |
| **[1.4b]** receive a tip from one or more users, wherein said tip comprises virtual currency; | The Vibe-Connect software product, as part of the Infringing Product, is configured to receive or allow receipt of a tip from one or more users, and the tip comprises virtual currency.<br><br>Pic. 10 is a screenshot at 0:29 in the Youtube video, available at https://www.youtube.com/watch?v=KrbWrdoxbsQ (last visited May 27, 2026), for the receipt of a tip (25 token(s)) from one or more users.<br><br>Pic. 10<br><br>Pic. 11 demonstrates that 200 tokens equal to $20.99. *See* Pic.11 below. |

7

USP 9,762,515 – Vibe-Connect Coupled with HPB Hardware Product

| Claim 1 | Infringing Product |
|---|---|
| | Pic. 11 |
| **[1.4c]** determine whether said tip falls within said one or more ranges; and<br><br>**[1.4d]** if said tip falls within said tip parameters, actuating said adult toy to perform a predefined act depending on an amount of said tip and to sexually stimulate an operator of said adult toy. | As shown in Pics. 12 and 13 below, the Infringing Product is configured to determine whether the received tips (such as 25 tokens) fall within the target tip parameters, and if so, to actuate an adult toy (e.g., VIBROSA vibrator) to perform a predefined act (such as 20 seconds of vibrations) to sexually stimulate an operator (cam model) of said adult toy.<br><br>Pics. 12 and 13 are screenshots from 0:30 to 0:31 in the Youtube video, available at<br>https://www.youtube.com/watch?v=KrbWrdoxbsQ (last visited May 27, 2026), for the operations of the Infringing Product.<br><br>Pic. 12 |

8

USP 9,762,515 – Vibe-Connect Coupled with HPB Hardware Product

| Claim 1 | Infringing Product |
|---|---|
| | <br><br>Pic. 13 |