# Exhibit H

USP 12,155,899 – Vibe-Connect Application

## INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 12,155,899

Set forth below is an exemplary infringement claim chart for claim 1 of U.S. Patent No. 12,155,899 (the "'899 Patent"), owned by Hytto Pte. Ltd. ("Hytto"), against Honey Play Box ("Infringer") for its direct and indirect infringement committed by and through the Vibe-Connect application (the "Infringing Product"), based on evidence and information presently available to Hytto. It is noted that the chart is drafted without the benefit of discovery. Hytto reserves the right to modify or supplement the chart and/or infringement theory as appropriate.

1

USP 12,155,899 – Vibe-Connect Application

| Claim 1 | Infringing Product |
| --- | --- |
| **[1.0]** A method for processing communication across multiple broadcast platforms, including: | The Infringing Product provides a method for processing communication across multiple broadcast platforms via a Chat Box, demonstrated and available at https://www.honeyplaybox.com/pages/vibe-connect (last visited June 2, 2026). *See* Pics. 1-3 below.  Pic. 1 Pic. 2 Pic. 3 The Infringer directly infringes claim 1 of the '899 Patent under 35 U.S.C. § 271(a) by practicing each and every limitation of the |

USP 12,155,899 – Vibe-Connect Application

| Claim 1 | Infringing Product |
|---|---|
|  | method embodied therein. For example, engineers of the Infringer have tested the Vibe-Connect software product on a user terminal (e.g., smartphone or personal computer) installed with the Vibe-Connect software.<br><br>The Infringer indirectly infringes claim 1 of the '899 Patent under 35 U.S.C. § 271(b) by actively inducing other users to practice each and every limitation of the method embodied therein. For example, the Infringer provides a user guide webpage to teach the users to use the Infringing Product in an infringing manner. *See* https://www.honeyplaybox.com/pages/vibe-connect (last visited June 2, 2026).<br><br>The Infringer indirectly infringes claim 1 of the '899 Patent under 35 U.S.C. § 271(c) by offering to sell, selling, or making available within the United States the Vibe-Connect software product, the execution of which constitutes a material part of the claimed invention and the Vibe-Connect software product is not a staple article or commodity of commerce suitable for substantial non-infringing use. For example, the Vibe-Connect software product, once installed on a user terminal and connected to a Honey Play Box hardware product, can be used only in an infringing manner. |
| **[1.1]** providing a chat container in a user interface of a content creator device, wherein the chat container is configured to provide centralized information management across a plurality of broadcast platforms, and wherein at least a first viewer device of a plurality of viewer devices connects to the content creator device via a first | The Infringing Product provides a chat container (e.g., Chat Box) in a user interface of a content creator device and the Chat Box is configured to provide centralized information management across a plurality of broadcast platforms. For example, the chat container provides centralized information management across a first broadcast platform (e.g., Chaturbate) and a second broadcast platform (e.g., joystick.tv).    *See* Pics. 4 and 5 below.<br><br> |

USP 12,155,899 – Vibe-Connect Application

| Claim 1 | Infringing Product |
|---|---|
| broadcast platform of the plurality of broadcast platforms, and at least a second viewer device of the plurality of viewer devices connects to the content creator device via a second broadcast platform of the plurality of broadcast platforms; | <br><br>Pic. 4<br><br>Pic. 5<br><br>Wherein at least a first viewer device of a plurality of viewer devices connects to the content creator device via a first broadcast platform (e.g., Chaturbate), and at least a second viewer device of the plurality of viewer devices connects to the content creator device via a second broadcast platform (e.g., joystick.tv).  *See* Pics. 6-8 below.<br><br>Pic. 6 |

USP 12,155,899 – Vibe-Connect Application

| Claim 1 | Infringing Product |
|---|---|
|  | Pic. 7  Pic. 8 |
| **[1.2]** responsive to a selection operation on the chat container, selecting one or more broadcast platforms of the plurality of broadcast platforms as a target broadcast platform; and | Responsive to a selection operation on the chat container (e.g., Chat Box), the Infringing Product selects one or more broadcast platforms of the plurality of broadcast platforms as a target broadcast platform. For example, as shown in Pics. 9 and 10 below, the Chat Box selects the first broadcast platform (e.g., Chaturbate) or the second broadcast platform (e.g., joystick.tv) as the target broadcast platform. Pic. 9 |

5

USP 12,155,899 – Vibe-Connect Application

| Claim 1 | Infringing Product |
|---|---|
|  | <br><br>Pic. 10 |
| **[1.3]** responsive to a messaging operation on the chat container, sending a content creator message to at least one viewer device among the plurality of viewer devices, wherein the at least one viewer device is in communication with the content creator device via the target broadcast | Responsive to a messaging operation on the chat container (e.g., Chat Box), the Infringing Product allows a user of the chat container (e.g., content creator) to input a content creator message on the content creator device, and send the message to at least one viewer device via the chat container. The at least one viewer device communicates with the content creator device via the target broadcast platform.<br><br>For example, when the target broadcast platform is Chaturbate, a user of the Chat Box is able to transmit a creator message to the first viewer device connected to the Chaturbate platform. *See* Pic. 11 below. |

6

USP 12,155,899 – Vibe-Connect Application

| Claim 1 | Infringing Product |
|---|---|
| platform, | <br><br>Pic. 11 |
| **[1.4]** wherein the chat container is configured to display the content creator message, a text message of the user of the first viewer device from the first broadcast platform, and a text message of the user of the second viewer device from the second broadcast platform, and | The Infringing Product allows the chat container (e.g., Chat Box) to display the content creator message, a text message of the user of the first viewer device from the first broadcast platform, and a text message of the user of the second viewer device from the second broadcast platform.<br><br>For example, as shown in Pics. 12 and 13 below, the Chat Box allows the user to display the content creator message, a text message from the first broadcast platform (e.g., Chaturbate) and a text message from the second broadcast platform (e.g., joystick.tv).<br><br>Pic. 12 |

USP 12,155,899 – Vibe-Connect Application

| Claim 1 | Infringing Product |
|---|---|
| |  |

Pic. 13

| [1.5] wherein the chat container is further configured to display, only to the content creator device, VIP status for the user of the first viewer device or the user of the second viewer device, the VIP status indicating to the content creator device that the user of the first viewer device or the user of the second viewer device, respectively, has achieved a particular score based on cumulative tips given. | The Infringing Product allows the chat container to display, only to the content creator device, VIP status for the user of the first viewer device or the user of the second viewer device, and the VIP status indicates to the content creator device that the user of the first viewer device or the user of the second viewer device, respectively, has achieved a particular score based on cumulative tips given.

For example, as shown in Pic. 14 below, the Infringing Product allows the chat container (e.g., Chat Box) to display the VIP status for a user of the first viewer device, and the VIP status indicates a user of the first viewer device has achieved a particular score based on cumulative tips given. This is achieved by the so-called "VIP Arrival Alerts" function of the Infringing Product.

Pic. 14 |