# Exhibit I

USP 12,315,062 – Vibe-Connect Application

## INFRINGEMENT CLAIM CHART OF U.S. PATENT NO. 12,315,062

Set forth below is an exemplary infringement claim chart for claim 10 of U.S. Patent No. 12,315,062 (the "'062 Patent"), owned by Hytto Pte. Ltd. ("Hytto"), against Honey Play Box ("Infringer") for its direct and indirect infringement committed by and through the Vibe-Connect application (the "Infringing Product"), based on evidence and information presently available to Hytto. It is noted that the chart is drafted without the benefit of discovery. Hytto reserves the right to modify or supplement the chart and/or infringement theory as appropriate.

1

USP 12,315,062 – Vibe-Connect Application

| Claim 10 | Infringing Product |
|---|---|
| **[10.0]** A system, comprising:<br><br>**[10.1]** a non-volatile memory, which comprises computer-executable code stored in the non-volatile memory; a processor; wherein, the computer-executable code, when operating on the processor, causes the system to: | The Infringing Product is designed to be installed on a system (e.g., smartphone, personal computer, etc.) comprising: a non-volatile memory, which comprises computer-executable code stored in the non-volatile memory; and a processor; wherein, the computer-executable code, when operating on the processor, causes the system to allow cam models to broadcast virtual performance to viewers. *See* Pic. 1 below.<br><br><br>Pic. 1<br><br>The Infringer directly infringes claim 10 of the '062 Patent under 35 U.S.C. § 271(a) by practicing each and every limitation of the system embodied therein. For example, engineers of the Infringer have tested the Vibe-Connect software product on a user terminal (e.g., smartphone or personal computer) installed with the Vibe-Connect software.<br><br>The Infringer indirectly infringes claim 10 of the '062 Patent under 35 U.S.C. § 271(b) by actively inducing other users to practice each and every limitation of the system embodied therein. For example, the Infringer provides a user guide webpage to teach the users to use the Infringing Product in an infringing manner, as demonstrated by Pic. 2 below. |

2

USP 12,315,062 – Vibe-Connect Application

| Claim 10 | Infringing Product |
|---|---|
|  | <br><br>Pic. 2<br><br>The Infringer indirectly infringes claim 10 of the '062 Patent under 35 U.S.C. § 271(c) by offering to sell, selling, or making available within the United States the Vibe-Connect software product, the execution of which constitutes a material part of the claimed invention and the Vibe-Connect software product is not a staple article or commodity of commerce suitable for substantial non-infringing use. For example, the Vibe-Connect software product, once installed on a user terminal and connected to a Honey Play Box hardware product, can be used only in an infringing manner. |
| **[10.2]** receive status data related to an adult toy used by a performer; | The Infringing Product allows the system to receive status data related to an adult toy used by a performer.<br><br>For example, the received status data may be "2 Sec Reaction Time," "3 Sec Reaction Time," or "4 Sec Reaction Time," as demonstrated by Pic. 3 below. |

USP 12,315,062 – Vibe-Connect Application

| Claim 10 | Infringing Product |
|---|---|
| | <br>Pic. 3 |
| **[10.3]** process the status data to animate performance of a virtual object associated with the adult toy;<br><br>**[10.4]** generate virtual performance of the virtual object based, at least in part, on the animated performance of the virtual object; | The Infringing Product allows the system to process the status data to animate performance of a virtual object associated with the adult toy and generate virtual performance of the virtual object based, at least in part, on the animated performance of the virtual object.<br><br>For example, as shown in Pic. 4 below, a countdown animates the performance of a virtual object associated with the adult toy. The countdown indicates the status data of the adult toy (such as a vibration duration of 4 seconds).<br><br>Pic. 4 |

4

USP 12,315,062 – Vibe-Connect Application

| Claim 10 | Infringing Product |
|---|---|
| **[10.5]** broadcast the virtual performance to a viewer device, wherein the virtual performance includes the virtual performance of the virtual object corresponding to the performance of the adult toy that is used by the performer; and | The Infringing Product may allow the system to broadcast the virtual performance to a viewer device, thus a viewer may watch the virtual performance on the viewer device. The virtual performance includes the virtual performance of the virtual object corresponding to the performance of the adult toy that is used by the performer.<br><br>For example, as shown in Pic. 5 below, the Infringing Product broadcasts the countdown to the viewer device and the viewer may watch the countdown on the viewer device.<br><br><br><br>Pic. 5<br><br>For example, as shown in Pic. 6 below, the countdown is configured to indicate virtual performance of the virtual object corresponding to the performance of the adult toy. More specifically, a countdown display of 00:04 indicates that the duration of the toy's vibration initiated by a tip is 4 seconds, and it will gradually count down to zero, when the toy stops vibrating). |

5

USP 12,315,062 – Vibe-Connect Application

| Claim 10 | Infringing Product |
|---|---|
| | <br>Pic. 6 |
| **[10.6]** cause display of the virtual performance of the virtual object on the viewer device. | The Infringing Product allows the system to display the virtual performance of the virtual object on the viewer device, thus the viewer may watch the virtual performance on the viewer device.<br><br>For example, as shown in Pic. 7 below, the Infringing Product causes the display of the countdown and the viewer may watch the countdown on the viewer device.<br><br><br>Pic. 7 |

6