UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Hytto Pte. Ltd. d/b/a "Lovense"

V.                                        Civil No. 2:26-CV-179

Shenzhen Union Cargo Network
Technology Co., Ltd.

CLERK'S ENTRY OF DEFAULT

The record reflects that service of process was made upon the Defendant(s)

named below and that Defendant(s) has/have failed to plead or otherwise defend within the

time allowed.

Therefore, DEFAULT is entered against Defendant(s) named below:

Shenzhen Union Cargo Network Technology Co., Ltd.

DAVID A. O'TOOLE, CLERK

Date: _____6/4/2026_____      _David A. O'Toole_____
                                  By: Deputy Clerk