IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HYTTO PTE. LTD. d/b/a LOVENSE, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:26-CV-00179-JRG |
| SHENZHEN UNION CARGO | § | |
| NETWORK TECHNOLOGY CO., LTD., | § | |
| UNION CARGO INDUSTRY GROUP | § | |
| CO., LIMITED, UC GLOBAL TRADE | § | |
| INC., SUNRISE GLOBAL CHAIN, INC., | § | |
| and TLA ACQUISITION CORP., | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

**ORDER**

Before the Court is the Defendants UC Global Trade Inc. and Sunrise Global Chain, Inc.'s Motion to Dismiss Under Fed. R. Civ. P. 12(b)(3) with Alternative Motion to Transfer and Defendant Sunrise Global Chain, Inc.'s Motion to Dismiss Under 12(b)(6) (the "Motion") filed by Defendants UC Global Trade Inc. ("California UC") and Sunrise Global Chain, Inc ("Sunrise GC"). (Dkt. No. 24.) In the Motion, California UC and Sunrise GC seek to dismiss Plaintiff Hytto Pte. Ltd. d/b/a Lovense's ("Plaintiff") Complaint pursuant to 12(b)(3) of the Federal Rules of Civil Procedure. (*Id.* at 1.) Sunrise GC additionally seeks to dismiss Plaintiff's Complaint pursuant to 12(b)(6) of the Federal Rules of Civil Procedure. (*Id.*) Since the filing of the Motion, Plaintiff has filed its First Amended Complaint against all defendants, including California UC and Sunrise GC. (Dkt. No. 38.)

It is well established that a later-filed amended complaint moots a motion asking the Court to dismiss an earlier-filed complaint. *See Griffin v. Am. Zurich Ins. Co.*, 697 F. App'x 793, 797 (5th

Cir. 2017) ("Once filed, that amended complaint rendered all earlier motions … moot."); *see also*

*Bishop Display Tech LLC v. Samsung Elecs. Co., Ltd.*, No. 2:21-cv-00139-JRG, Dkt. No. 40 (E.D.

Tex. Oct. 4, 2021) ("Once Plaintiff filed its amended complaint, the Motion became moot.");

*Ultravision Techs., LLC v. Eaton Corp. PLC*, No. 2:19-CV-00290-JRG, 2019 WL 11250161, at *1

(E.D. Tex. Nov. 7, 2019) ("Accordingly, the filing of an amended complaint moots a motion to

dismiss the original complaint.").

Accordingly, the Court finds that the Motion (Dkt. No. 24) should be and hereby is

**DENIED AS MOOT**.

## So Ordered this

**Jun 4, 2026**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE